**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number | **15-15059** |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>    1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $           **4,205,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................................ | $              **342,227.59** |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................................ | $           **4,547,227.59** |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $           **14,970,328.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $                        **0.00** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $           **28,028,808.54** |
| **Your total liabilities** | $           **42,999,136.54** |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>    Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $                 **5,448.20** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>    Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $               **13,004.49** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1     **Patrick Joseph Corrigan**                                           Case number *(if known)* **15-15059**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                          $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 0.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number | 15-15059 |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| **25 Haven Street** | ■ Single-family home | |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | **Current value of the entire property?** / **Current value of the portion you own?** |
| **Dover**        **MA**   **02030-2129** | ☐ Land | **$2,600,000.00** / **$2,600,000.00** |
| City        State   ZIP Code | ■ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | ☐ Other | |
| | **Who has an interest in the property?** Check one | **Tenancy by the Entirety** |
| **Norfolk** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ■ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** | |

Debtor 1    **Patrick Joseph Corrigan**                                    Case number *(if known)*    **15-15059**

**If you own or have more than one, list here:**

**1.2**

**12 Haven Street**

Street address, if available, or other description

**Dover**        **MA**    **02030-2129**

City        State    ZIP Code

**Norfolk**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Primary Residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**$1,600,000.00**

**Current value of the portion you own?**

**$1,600,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entirety**

- ☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

**1.3**

**Headford Road**

Street address, if available, or other description

**Village of Ballindooley**

City        State    ZIP Code

**Galway, IRELAND**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☑ Investment property
- ☐ Timeshare
- ☑ Other    **Inactive quarry**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Four acre site**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**$10,000.00**

**Current value of the portion you own?**

**$5,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**50% ownership interest**

- ☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...........................................................................................=>

**$4,205,000.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Patrick Joseph Corrigan**                                   Case number *(if known)*    **15-15059**

---

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Mercedes** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1  Make: **Mercedes**
Model: **GL-450**
Year: **2014**
Approximate mileage: **20000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$48,340.00**     **$48,340.00**

---

3.2  Make: **Ford**
Model: **F-250**
Year: **2015**
Approximate mileage: **25000**
Other information:
**Four door crew cab, navigation system, wired for snow plow, fair condition (used for construction work)**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$23,997.00**     **$23,997.00**

---

3.3  Make: **Jeep**
Model: **Wrangler**
Year: **1988**
Approximate mileage: **197,000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$1,868.00**     **$1,868.00**

---

3.4  Make: **Jeep**
Model: **Grand Cherokee**
Year: **2004**
Approximate mileage: **140652**
Other information:
**Needs a battery**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$2,690.00**     **$2,690.00**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>**     **$76,895.00**

---

**Part 3:**    **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?     **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Debtor 1     **Patrick Joseph Corrigan**                                   Case number *(if known)*     **15-15059**

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Kitchen table and chairs, bedroom sets for self and children, living room furniture,kitchen appliances, and kitchenware | $787.50 |
   | --- | --- |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Two televisions, one computer, two cellular telephones, one printer, one Apple iPad, and children's games | $350.00 |
   | --- | --- |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | Carpentry tools, exercise equipment, fishing rods | $300.00 |
   | --- | --- |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Everyday clothing, two suits, five pairs of shoes | $250.00 |
    | --- | --- |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | one wedding ring, one Rolex watch | $3,200.00 |
    | --- | --- |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

    | $4,887.50 |
    | --- |

**Part 4:**  **Describe Your Financial Assets**

Debtor 1    **Patrick Joseph Corrigan**                                    Case number *(if known)*    **15-15059**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.................................................................................................

|  |  |
|---|---|
| Cash | $1,250.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................                    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of America, N.A.** | $10,717.06 |
| 17.2. | **Checking** | **Bank of Canton** | $551.39 |
| 17.3. | **Savings** | **Bridgewater Credit Union** | $7,703.00 |
| 17.4. | **Personal Bank Account** | **Allied Irish Banks** | $0.00 |
| 17.5. | **Savings** | **Westport Credit Union** **Bridge Street** **Town of Westport** **County of Mayo** **IRELAND** | $10.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

■ Yes.................                    Institution or issuer name:

|  |  |
|---|---|
| **E*Trade Securities LLC** | |
| **Margin account** | $51,191.79 |
| **Global Oil Flow USA, LLC** | $0.00 |
| **Needham Bank** | |
| **Money Market Account** | $594.84 |
| **Bank of America** | |
| **Money Market Account** | $130.01 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **1627 Sherborn, LLC** | **50**  % | $0.00 |

| Debtor 1 | **Patrick Joseph Corrigan** | | | Case number *(if known)* | **15-15059** |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **283 Dedham Street, LLC** | 50 | % | | $0.00 |
| **Corbon International Development, LLC** | 50 | % | | $0.00 |
| **Five Conrick Lane LLC** | 100 | % | | $166,250.00 |
| **Haven Terrace LLC** | 100 | % | | $0.00 |
| **Roclid Global LLC** | 100 | % | | $0.00 |
| **Cordil Construction Limited** | 50 | % | | $0.00 |
| **Dun Eibhir Management Limited** | 50 | % | | $0.00 |
| **CD Development Limited** | 50 | % | | $0.00 |
| **Corrigan & Dillon Partnership** | 50 | % | | $0.00 |
| **Lidroc Limited** | 50 | % | | $0.00 |
| **Fairhill Court Management Limitied** | 50 | % | | $0.00 |
| **Arann Investments Limited** | 33 | % | | $0.00 |
| **Parsie Limited** | 50 | % | | $0.00 |
| **Burren Dale Management Limited** | 50 | % | | $0.00 |
| **An Saol Nua Teoranta** | 50 | % | | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                    Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............            Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):
                    **Merrill Lynch**

                    **IRC 529 College Savings Plan f/b/o minor child (only $600 of which is
                    property of the estate pursuant to 11 U.S.C. 541(b)(6)).**            $7,349.00

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Patrick Joseph Corrigan** | | Case number *(if known)* | **15-15059** |

**Merrill Lynch**

**IRC 529 College Savings Plan f/b/o minor child (only $600 of which is property of the estate pursuant to 11 U.S.C. 541(b)(6)).**                     $7,349.00

**Merrill Lynch**

**IRC 529 College Savings Plan f/b/o minor child (only $600 of which is property of the estate pursuant to 11 U.S.C. 541(b)(6)).**                     $7,349.00

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Safety Property and Casualty Insurance Company** | | |
| **Homeowner's insurance for 12 Haven Street, Dover, MA 02030** | **Patrick Corrigan; Needham Bank** | $0.00 |
| **Safety Insurance** | | |
| **Automobile Insurance Policy** | **Patrick Corrigan; Karina Lyons** | $0.00 |

| Debtor 1 | **Patrick Joseph Corrigan** | | Case number *(if known)* | **15-15059** |

| | | |
|---|---|---|
| **Safety Insurance Company**<br><br>Homeowner's insurance for 25 Haven Street, Dover, MA 02030 | Patrick Corrigan; Bank of Canton; First Boston Associates LLC | $0.00 |
| **Blue Cross Blue Shield**<br><br>Health insurance for debtor, spouse, and children | Patrick Corrigan, Karina Corrigan, and minor children | $0.00 |
| **Munich Re Capital Limited/Groves John & Westrup Ltd, Co. (policy expired September 21, 2011)**<br><br>Insurance for watercraft (destroyed on June 22, 2011 - see #33) | Patrick Corrigan | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Personal injury claim arising from car accident on May 19, 2014.** | Unknown |
| **Lawsuit on insurance policy against Munich Re Capital Limited, seeking $280,000, presently pending in The High Court of Ireland.**<br><br>**Insurance claim for destruction of watercraft denied by underwriter.** | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................. | **$260,445.09** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ■ No

Debtor 1    **Patrick Joseph Corrigan**                                    Case number *(if known)*    **15-15059**

☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ■ No
   ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes.  Describe.....

41. **Inventory**
   ■ No
   ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   ☐ No
   ■ Yes.  Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **See #19** | % | $0.00 |

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ■ No
   ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................    **$0.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    **$0.00**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **Patrick Joseph Corrigan**                                    Case number *(if known)*    **15-15059**

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | **$4,205,000.00** |
|-----|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$76,895.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$4,887.50** | |
| 58. | **Part 4: Total financial assets, line 36** | **$260,445.09** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$342,227.59** | Copy personal property total    **$342,227.59** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$4,547,227.59** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number | **15-15059** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **12 Haven Street Dover, MA 02030-2129  Norfolk County Primary Residence**<br>Line from *Schedule A/B*: **1.2** | **$1,600,000.00** | ■ | **$155,675.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.188, § 1** |
| **12 Haven Street Dover, MA 02030-2129  Norfolk County Primary Residence**<br>Line from *Schedule A/B*: **1.2** | **$1,600,000.00** | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **1988 Jeep Wrangler 197,000 miles**<br>Line from *Schedule A/B*: **3.3** | **$1,868.00** | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(16)** |
| **Kitchen table and chairs, bedroom sets for self and children, living room furniture,kitchen appliances, and kitchenware**<br>Line from *Schedule A/B*: **6.1** | **$787.50** | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.235, § 34(2)** |
| **Two televisions, one computer, two cellular telephones, one printer, one Apple iPad, and children's games**<br>Line from *Schedule A/B*: **7.1** | **$350.00** | ■<br>☐ | **$200.00**<br>100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(12)** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Patrick Joseph Corrigan**                                 Case number (if known)    **15-15059**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Two televisions, one computer, two cellular telephones, one printer, one Apple iPad, and children's games**<br>Line from *Schedule A/B*: **7.1** | $350.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Carpentry tools, exercise equipment, fishing rods**<br>Line from *Schedule A/B*: **9.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Everyday clothing, two suits, five pairs of shoes**<br>Line from *Schedule A/B*: **11.1** | $250.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.235, § 34(1)** |
| **one wedding ring, one Rolex watch**<br>Line from *Schedule A/B*: **12.1** | $3,200.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(18)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $1,250.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(15)** |
| **Checking: Bank of America, N.A.**<br>Line from *Schedule A/B*: **17.1** | $10,717.06 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 246, § 28A** |
| **Checking: Bank of America, N.A.**<br>Line from *Schedule A/B*: **17.1** | $10,717.06 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(15)** |
| **Checking: Bank of America, N.A.**<br>Line from *Schedule A/B*: **17.1** | $10,717.06 | ■ $5,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Checking: Bank of America, N.A.**<br>Line from *Schedule A/B*: **17.1** | $10,717.06 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.235, § 34(7)** |
| **Checking: Bank of America, N.A.**<br>Line from *Schedule A/B*: **17.1** | $10,717.06 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.235, § 34(1)** |

3.  **Are you claiming a homestead exemption of more than $155,675?**
    (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

| Fill in this information to identify your case: | |
|---|---|

**Debtor 1**  Patrick Joseph Corrigan
First Name    Middle Name    Last Name

**Debtor 2**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number    **15-15059**
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**  **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

**2.1**  **Bank of Canton**
Creditor's Name

**490 Turnpike Street
Canton, MA 02021**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $659,861.00    $2,600,000.00    $0.00

**25 Haven Street Dover, MA
02030-2129  Norfolk County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred    **September 2012**    Last 4 digits of account number    **4535**

**2.2**  **Blue Cross Blue Shield**
Creditor's Name

**101 Huntington Avenue
Suite 1300
Boston, MA 02199**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $8,500.00    Unknown    Unknown

**Personal injury claim arising from
car accident on May 19, 2014.**

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Reimbursement of medical claims paid.**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Patrick Joseph Corrigan**                                    Case number (if know)    **15-15059**
                First Name    Middle Name    Last Name

| Date debt was incurred | **May-June 2014** | Last 4 digits of account number | **9471** |

---

| | | | | | |
|---|---|---|---|---|---|
| 2.3 | **Bridgewater Credit Union** | Describe the property that secures the claim: | $51,263.32 | $48,340.00 | $2,923.32 |

Creditor's Name

| **2014 Mercedes GL-450 20000 miles** |

**75 Main Street**
**PO Box 610**
**Bridgewater, MA 02324**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **March 2015** | Last 4 digits of account number | **202L** |

---

| | | | | | |
|---|---|---|---|---|---|
| 2.4 | **Bridgewater Credit Union** | Describe the property that secures the claim: | $47,474.71 | $23,997.00 | $23,477.71 |

Creditor's Name

| **2015 Ford F-250 25000 miles Four door crew cab, navigation system, wired for snow plow, fair condition (used for construction work)** |

**75 Main Street**
**PO Box 610**
**Bridgewater, MA 02324**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **March 2015** | Last 4 digits of account number | **201L** |

---

| | | | | | |
|---|---|---|---|---|---|
| 2.5 | **First Boston Associates LLC** | Describe the property that secures the claim: | $3,625,493.00 | $2,600,000.00 | $1,685,354.00 |

Creditor's Name

| **25 Haven Street Dover, MA 02030-2129  Norfolk County** |

**859 Willard Street**
**Quincy, MA 02169**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Patrick Joseph Corrigan**                                    Case number (if know)    **15-15059**

First Name          Middle Name          Last Name

☐ Check if this claim relates to a          ■ Other (including a right to offset)    **Second Mortgage**
community debt

Date debt was incurred    **June 2014**          Last 4 digits of account number    **0520**

---

| 2.6 | **Galligan Johnston Solicitors** | Describe the property that secures the claim: | $150,000.00 | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:

> **Lawsuit on insurance policy against Munich Re Capital Limited, seeking $280,000, presently pending in The High Court of Ireland.**
>
> **Insurance claim for destruction of watercraft denied by underwriter.**

**15 Clanwilliam Terrace**
**Dublin 2, IRELAND**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Attorneys' fees payable from litigation proceeds.**

Date debt was incurred    **January 2006**          Last 4 digits of account number

---

| 2.7 | **Michael Thomas Durkan and Patrick Durkan** | Describe the property that secures the claim: | $3,250,000.00 | $2,600,000.00 | $3,250,000.00 |

Creditor's Name

**Bridge Street**
**Louisburg, Westport**
**County of Mayo**
**IRELAND**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **25 Haven Street Dover, MA**
> **02030-2129  Norfolk County**

As of the date you file, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Attachment and Equitable Lien up to $3,250,000.**

Date debt was incurred    **January 2006**          Last 4 digits of account number

---

| 2.8 | **Michael Thomas Durkan and Patrick Durkan** | Describe the property that secures the claim: | $6,000,000.00 | $10,000.00 | $5,990,000.00 |

Creditor's Name

**Bridge Street**
**Louisburg, Westport**
**County of Mayo**
**IRELAND**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **Headford Road Village of**
> **Ballindooley  Galway, IRELAND**
> **County**
> **Four acre site**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6

Debtor 1  **Patrick Joseph Corrigan**                                     Case number (if know)  **15-15059**
　　　　　First Name　　　Middle Name　　　Last Name

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred  **2010**          Last 4 digits of account number _____

---

| 2.9 | **Michael Thomas Durkan and Patrick Durkan** | | $10.00 | $10.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Savings: Westport Credit Union
Bridge Street
Town of Westport
County of Mayo
IRELAND**

**Bridge Street
Louisburg, Westport
County of Mayo
IRELAND**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number _____

---

| 2.1 0 | **Michael Thomas Durkan and Patrick Durkan** | | $551.39 | $551.39 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Bridge Street
Louisburg, Westport
County of Mayo
IRELAND**

**Checking: Bank of Canton**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

**Who owes the debt?** Check one.

■ Contingent
☐ Unliquidated
■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)  **Attachment on Trustee Process up to $3,250,000.**

Date debt was incurred  **January 2006**          Last 4 digits of account number _____

---

| 2.1 1 | **Michael Thomas Durkan and Patrick Durkan** | Describe the property that secures the claim: | $594.58 | $594.84 | $0.00 |
|---|---|---|---|---|---|

---

Debtor 1   **Patrick Joseph Corrigan**                                    Case number (if know)   **15-15059**
          First Name        Middle Name        Last Name

| Creditor's Name | **Needham Bank** |
| --- | --- |
| **Bridge Street** | **Money Market Account** |

| Creditor's Name<br>**Bridge Street**<br>**Louisburg, Westport**<br>**County of Mayo**<br>**IRELAND** | **Needham Bank**<br><br>**Money Market Account** |
| --- | --- |

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Attachment on Trustee Process up to $3,250,000**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.1<br>2 | **Needham Savings Bank** | Describe the property that secures the claim: | $1,176,580.00 | $1,600,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**12 Haven Street Dover, MA**
**02030-2129 Norfolk County**
**Primary Residence**

**1063 Great Plain Avenue**
**Needham, MA 02492**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **First Mortgage**

Date debt was incurred   **October**
                         **2014**        Last 4 digits of account number   **7139**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$14,970,328.00** |
| --- | --- |
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | **$14,970,328.00** |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name Address

**Gerry Dillon**
**Lacala Truskee East**
**Village of Barna**
**County of Galway**
**IRELAND**

On which line in Part 1 did you enter the creditor?   **2.9**

Last 4 digits of account number   _____

| Debtor 1 | **Patrick Joseph Corrigan** | | Case number (if know) | **15-15059** |
| | First Name    Middle Name    Last Name | | | |

| ☐ | Name Address | On which line in Part 1 did you enter the creditor? | **2.7** |
| | **William M. Hill, Esq.** | | |
| | **Mintz Levin Cohn Ferris Glovsky & Popeo** | Last 4 digits of account number | |
| | **1 Financial Center** | | |
| | **Boston, MA 02111** | | |

| ☐ | Name Address | On which line in Part 1 did you enter the creditor? | **2.8** |
| | **William M. Hill, Esq.** | | |
| | **Mintz Levin Cohn Ferris Glovsky & Popeo** | Last 4 digits of account number | |
| | **1 Financial Center** | | |
| | **Boston, MA 02111** | | |

| ☐ | Name Address | On which line in Part 1 did you enter the creditor? | **2.9** |
| | **William M. Hill, Esq.** | | |
| | **Mintz Levin Cohn Ferris Glovsky & Popeo** | Last 4 digits of account number | |
| | **1 Financial Center** | | |
| | **Boston, MA 02111** | | |

| ☐ | Name Address | On which line in Part 1 did you enter the creditor? | **2.10** |
| | **William M. Hill, Esq.** | | |
| | **Mintz Levin Cohn Ferris Glovsky & Popeo** | Last 4 digits of account number | |
| | **1 Financial Center** | | |
| | **Boston, MA 02111** | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number | 15-15059 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **ACC Loan Management** | Last 4 digits of account number | **MMcG** | **$6,000,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Charlemont Place**
**Dublin 2, IRELAND**
Number Street City State Zlp Code

When was the debt incurred?        **September 3, 2007**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Judgment on personal guaranty in High Court of Ireland**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    36960                    Best Case Bankruptcy

Debtor 1    **Patrick Joseph Corrigan**                                    Case number (if know)    **15-15059**

---

| 4.2 | **ACC Loan Management** | Last 4 digits of account number | **MMcG** | $1,678,600.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Charlemont Place**
**Dublin 2, IRELAND**

When was the debt incurred?    **July 2007**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☑ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Commercial line of credit**

---

| 4.3 | **AIB Bank** | Last 4 digits of account number | | $1,306,380.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bankcentre**
**Ballsbridge**
**Dublin 4, IRELAND**

When was the debt incurred?    **January 2007**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☑ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☑ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Personal guaranty**

---

| 4.4 | **AIB Bank** | Last 4 digits of account number | **1012** | $809,325.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bankcentre**
**Ballsbridge**
**Dublin 4, IRELAND**

When was the debt incurred?    **September 2003**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Loan**

---

Debtor 1   **Patrick Joseph Corrigan**                                   Case number *(if know)*   **15-15059**

---

| 4.5 | **AIB Bank** | Last 4 digits of account number | **4398** | **$3,920,730.00** |
|-----|--------------|---------------------------------|----------|-------------------|

Nonpriority Creditor's Name

**Bankcentre**
**Ballsbridge**
**Dublin 4, IRELAND**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **December 2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loans**

---

| 4.6 | **AIB Bank** | Last 4 digits of account number | **9179** | **$20,000.00** |
|-----|--------------|---------------------------------|----------|----------------|

Nonpriority Creditor's Name

**Bankcentre**
**Ballsbridge**
**Dublin 4, IRELAND**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **June 2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.7 | **AIB Bank** | Last 4 digits of account number | **6001** | **$1,620.75** |
|-----|--------------|---------------------------------|----------|---------------|

Nonpriority Creditor's Name

**Bankcentre**
**Ballsbridge**
**Dublin 4, IRELAND**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **July 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Overdrawn bank account**

---

Debtor 1    **Patrick Joseph Corrigan**                                    Case number (if know)    **15-15059**

---

| 4.8 | **Bank of America** | Last 4 digits of account number | **6227** | **$7,368.75** |

Nonpriority Creditor's Name
**PO Box 982235**
**El Paso, TX 79998-2235**
Number Street City State Zip Code

**When was the debt incurred?**    **November 2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.9 | **Bank of America** | Last 4 digits of account number | **8511** | **$1,823.29** |

Nonpriority Creditor's Name
**PO Box 982235**
**El Paso, TX 79998-2235**
Number Street City State Zip Code

**When was the debt incurred?**    **November 2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.10 | **Bank of Ireland** | Last 4 digits of account number | **3785** | **$2,517,900.00** |

Nonpriority Creditor's Name
**40 Mespil Road**
**Dublin 4, IRELAND**
Number Street City State Zip Code

**When was the debt incurred?**    **February 2007**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Commercial loan**

---

Debtor 1   **Patrick Joseph Corrigan**                                      Case number (if know)   **15-15059**

---

| 4.11 | **Bank of Ireland** | Last 4 digits of account number | **456S** | **$275,000.00** |

Nonpriority Creditor's Name
**40 Mespil Road**
**Dublin 4, IRELAND**

When was the debt incurred?   **November 16, 2012**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Judgment on loan guaranty in High Court of Ireland**

---

| 4.12 | **Dedham Savings Bank** | Last 4 digits of account number | **0001** | **$933,750.00** |

Nonpriority Creditor's Name
**55 Elm Street**
**Dedham, MA 02026**

When was the debt incurred?   **July 2015**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Personal guaranty**

---

| 4.13 | **DHKN Accountants** | Last 4 digits of account number | | **$8,000.00** |

Nonpriority Creditor's Name
**Block 3**
**Galway Financial Services Center**
**Moneenageisha Road**
**Galway, IRELAND**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Preparation of Tax Returns**

---

Debtor 1   **Patrick Joseph Corrigan**                                          Case number (if know)   **15-15059**

---

| 4.14 | **Galligan Johnston Solicitors** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name

**15 Clanwilliam Terrace**
**Dublin 2, IRELAND**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   **January 2002**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal fees and costs**

---

| 4.15 | **Gerry Dillon** | Last 4 digits of account number _____ | **$49,000.00** |

Nonpriority Creditor's Name

**Lacala Truskee East**
**Village of Barna**
**County of Galway**
**IRELAND**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   **September 2015**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan to help pay legal fees**

---

| 4.16 | **Gerry Dillon** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Lacala Truskee East**
**Village of Barna**
**County of Galway**
**IRELAND**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice purposes only**

---

Debtor 1   **Patrick Joseph Corrigan**                                     Case number (if know)    **15-15059**

---

| 4.17 | **Hibernian Aviva General Insurance Ltd** | Last 4 digits of account number | **4019** | **$2,878,363.00** |

Nonpriority Creditor's Name
**One Park Place**
**Hatch Street**
**Dublin 2, IRELAND**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **November 2009**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guaranty**

---

| 4.18 | **KBC Bank** | Last 4 digits of account number | **3066** | **$959,200.00** |

Nonpriority Creditor's Name
**Sandwith Street**
**Dublin 2, IRELAND**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **October 2007**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Commercial loan**

---

| 4.19 | **KBC Bank** | Last 4 digits of account number | **3441** | **$264,979.00** |

Nonpriority Creditor's Name
**Sandwith Street**
**Dublin 2, IRELAND**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **January 2008**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan**

---

Debtor 1    Patrick Joseph Corrigan

Case number (if know)    15-15059

---

| 4.20 | **Munich Re Capital Limited** |
|---|---|

Nonpriority Creditor's Name

**St. Helen's 1 Undershaft**
**London, EC3A 8EE, ENGLAND**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

■ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Counterclaim for breach of contract and misrepresentation**

---

| 4.21 | **Office of the Revenue Commissioners** |
|---|---|

Nonpriority Creditor's Name

**Dublin Castle**
**Dublin 2, IRELAND**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **995M**          **$775,000.00**

When was the debt incurred?    **2006, 2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Irish tax debts, including any tax judgments, value added taxes, capital gains taxes, and other taxes.**

---

| 4.22 | **Promontoria (Arrow) Limited** |
|---|---|

Nonpriority Creditor's Name

**1 Grant's Row**
**Mount Street Lower**
**Dublin 2, IRELAND**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2633**          **$327,300.00**

When was the debt incurred?    **July 2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty**

---

Debtor 1    **Patrick Joseph Corrigan**

Case number (if know)    **15-15059**

---

| 4.23 | **Rose, Chinitz & Rose** | | Last 4 digits of account number | | $9,000.00 |

Nonpriority Creditor's Name

**One Beacon Street, 23rd Floor**
**Attn: Alan Rose**
**Boston, MA 02108**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal fees and costs (of deceased brother's spouse and family)**

---

| 4.24 | **Round Tuit Enterprises** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**100 Spring Street**
**Attn: Gary D. Pelletier**
**Millis, MA 02054**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice purposes only**

---

| 4.25 | **Savilles** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**33 Molesworth Street**
**Dublin 2, IRELAND**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice purposes only**

---

Debtor 1   **Patrick Joseph Corrigan**                                      Case number (if know)   **15-15059**

---

| 4.26 | **Societe Generale** | Last 4 digits of account number | **8666** | | **$419,650.00** |

Nonpriority Creditor's Name

**IFSC House,Third Floor
IFSC
Dublin 1, IRELAND**

When was the debt incurred?   **January 2006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan**

---

| 4.27 | **Start Mortgages Limited** | Last 4 digits of account number | **1709** | | **$2,577,850.00** |

Nonpriority Creditor's Name

**Trimleston House, Beech Hill
Campus
Clonskeagh
Dublin 4, IRELAND**

When was the debt incurred?   **April 15, 2008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan**

---

| 4.28 | **The Cloutier Law Firm** | Last 4 digits of account number | | | **$10,000.00** |

Nonpriority Creditor's Name

**1990 Centre Street
Attn: Kevin M. Cloutier
West Roxbury, MA 02132**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal fees and costs**

---

Debtor 1  **Patrick Joseph Corrigan**                                Case number (if know)    **15-15059**

---

| 4.29 | **Ulster Bank** | Last 4 digits of account number _____ | **$1,300,000.00** |

Nonpriority Creditor's Name
**Group Centre**
**George's Quay**
**Dublin 2, IRELAND**
Number Street City State Zip Code

When was the debt incurred?    **September 2007**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal loan**

---

| 4.30 | **Ulster Bank Ireland Limited** | Last 4 digits of account number _____ | **$715,968.75** |

Nonpriority Creditor's Name
**First Floor**
**63 Ranelagh**
**Dublin 6, IRELAND**
Number Street City State Zip Code

When was the debt incurred?    **September 2007**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan**

---

| 4.31 | **Uri Dahan** | Last 4 digits of account number _____ | **$47,000.00** |

Nonpriority Creditor's Name
**859 Willard Street**
**Suite 400**
**Quincy, MA 02170**
Number Street City State Zip Code

When was the debt incurred?    **December 2015**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan**

---

Debtor 1   **Patrick Joseph Corrigan**                                            Case number (if know)   **15-15059**

---

| 4.32 | **Uri Dahan** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**859 Willard Street**
**Suite 400**
**Quincy, MA 02170**

When was the debt incurred?   **June 2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice purposes only**

---

| 4.33 | **Winters Property Management Co.** | Last 4 digits of account number | | $15,000.00 |

Nonpriority Creditor's Name

**Liosban Business Park, Unit 5A**
**Tuam Road**
**Galway City, IRELAND**

When was the debt incurred?   **August 2006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Management Fee**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Aengus Burns** | Line **4.4** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Grant Thornton** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Mayoraity House** | | |
| **Flood Street** | | |
| **Galway, IRELAND** | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Aengus Burns** | Line **4.1** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Grant Thornton** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Mayoraity House** | | |
| **Flood Street** | | |
| **Galway, IRELAND** | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Aengus Burns** | Line **4.22** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Grant Thornton** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Mayoraity House** | | |
| **Flood Street** | | |
| **Galway, IRELAND** | | |
| | Last 4 digits of account number | |

---

Debtor 1  **Patrick Joseph Corrigan** | Case number (if know)  **15-15059**

---

Name and Address
**Aengus Burns**
**Grant Thornton**
**Mayoralty House**
**Flood Street**
**Galway, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Aengus Burns**
**Grant Thornton**
**Mayoralty House**
**Flood Street**
**Galway, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Aengus Burns**
**Grant Thornton**
**Mayoralty House**
**Flood Street**
**Galway, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**AIB Bank**
**Bankcentre**
**Ballsbridge**
**Dublin 4, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank of Scotland**
**Chapel House**
**21-26 Parnell Street**
**Dublin 1, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Buchanan Clark & Wells**
**BCW House**
**Block 8, Blanchardstown Corporate**
**Park**
**Ballycoolin**
**Dublin 15, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capita Asset Services (Ireland)**
**Limited**
**Capital House**
**3 Upper Queen Street**
**Belfast, BT1 6FB, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capita Asset Services (Ireland)**
**Limited**
**Capital House**
**3 Upper Queen Street**
**Belfast, BT1 6FB, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capita Asset Services (Ireland)**
**Limited**
**Capital House**
**3 Upper Queen Street**
**Belfast, BT1 6FB, IRELAND**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1    **Patrick Joseph Corrigan**                                  Case number (if know)    **15-15059**

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Capita Asset Services (Ireland)**<br>**Limited**<br>**Capital House**<br>**3 Upper Queen Street**<br>**Belfast, BT1 6FB, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Dillon Eustace**<br>**33 Sir John Rogerson's Quay**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Michael McAteer**<br>**Grant Thornton**<br>**24-26 City Quay**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Michael McAteer**<br>**Grant Thornton**<br>**24-26 City Quay**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Michael McAteer**<br>**Grant Thornton**<br>**24-26 City Quay**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Michael McAteer**<br>**Grant Thornton**<br>**24-26 City Quay**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Michael McAteer**<br>**Grant Thornton**<br>**24-26 City Quay**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Michael McAteer**<br>**Grant Thornton**<br>**24-26 City Quay**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Promontoria (Arrow) Limited**<br>**1 Grant's Row**<br>**Mount Street Lower**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Promontoria (Arrow) Limited**<br>**1 Grant's Row**<br>**Mount Street Lower**<br>**Dublin 2, IRELAND** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Patrick Joseph Corrigan** | | Case number (if know) | **15-15059** |
|---|---|---|---|---|

|  |  |
|---|---|
| Last 4 digits of account number |  |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Promontoria (Arrow) Limited**<br>**1 Grant's Row**<br>**Mount Street Lower**<br>**Dublin 2, IRELAND** | Line **4.5** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 28,028,808.54 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 28,028,808.54 |

**Fill in this information to identify your case:**

| Debtor 1 | **Patrick Joseph Corrigan** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS | | |
| Case number | 15-15059 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **284 North Street, LLC**<br>**284 North Street**<br>**Medfield, MA 02052** | **Operating Agreement; Debtor is manager of the LLC, and his position is that he has no membership interest in the LLC.  There may be some dispute as to whether the Debtor, in fact, has such an interest.** |
| 2.2  **Haven Terrace LLC**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Operating Agreement; Debtor is sole member and manager of the LLC.** |
| 2.3  **Michelle Kozin**<br>**25 Haven Street**<br>**Dover, MA 02030** | **Michelle Kozin's lease expired and is presently a month to month tenant at 25 Haven Street, which is owned by the debtor and his spouse, Karina Corrigan, as tenants by the entirety.** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | 15-15059 |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | **CD Development Limited Lacala Truskee East Village of Barna County of Galway IRELAND** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.25__ <br> ☐ Schedule G _____ <br> **Savilles** |
| 3.2 | **CD Development Limited Lacala Truskee East Village of Barna County of Galway IRELAND** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.33__ <br> ☐ Schedule G _____ <br> **Winters Property Management Co.** |

Debtor 1   **Patrick Joseph Corrigan**                                          Case number *(if known)*   **15-15059**

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | **CD Development Limited**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Gerry Dillon** |
| 3.4 | **Chris Crehan**<br>**c/o Knocknacarra Investments Limited**<br>**2 Cluian Mhor Clybaun Road**<br>**County of Galway**<br>**Galway, IRELAND**<br>**Co-guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>**Promontoria (Arrow) Limited** |
| 3.5 | **Cordil Construction Limited**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**ACC Loan Management** |
| 3.6 | **Cordil Construction Limited**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>**Promontoria (Arrow) Limited** |
| 3.7 | **Cordil Construction Limited**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Principal liability on performance bond** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**Hibernian Aviva General Insurance Ltd** |
| 3.8 | **Cordil Construction Limited**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**Winters Property Management Co.** |

Debtor 1  **Patrick Joseph Corrigan**                                          Case number *(if known)*  **15-15059**

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.9  **Cordil Construction Limited**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**AIB Bank** |
| 3.10  **Corrigan & Dillon Partnership**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**Winters Property Management Co.** |
| 3.11  **Corrigan & Dillon Partnership**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Gerry Dillon** |
| 3.12  **Damian Crehan**<br>**c/o Knocknacarra Investments Limited**<br>**2 Cluain Mhor Clybaun Road**<br>**County of Galway**<br>**Galway, IRELAND**<br>**Co-guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>**Promontoria (Arrow) Limited** |
| 3.13  **Dun Eibhir Management Limited**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Gerry Dillon** |
| 3.14  **Five Conrick Lane LLC**<br>**12 Haven Street**<br>**Dover, MA 02030**<br>**Borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>**Dedham Savings Bank** |

Debtor 1    **Patrick Joseph Corrigan**                     Case number *(if known)*    **15-15059**

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.15  **Gerry Dillon**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Co-borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**AIB Bank** |
| 3.16  **Gerry Dillon**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Co-guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**AIB Bank** |
| 3.17  **Gerry Dillon**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Co-Guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**ACC Loan Management** |
| 3.18  **Gerry Dillon**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Co-borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**KBC Bank** |
| 3.19  **Gerry Dillon**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Co-borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**KBC Bank** |
| 3.20  **Gerry Dillon**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Co-guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Promontoria (Arrow) Limited** |

| Debtor 1 | **Patrick Joseph Corrigan** | Case number *(if known)* | **15-15059** |

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.21 **Gerry Dillon**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND**<br>**Co-borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**ACC Loan Management** |
| 3.22 **Gerry Dillon**<br>**Lacala Truskee East**<br>**Village of Barna**<br>**County of Galway**<br>**IRELAND** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Bank of Ireland** |
| 3.23 **Haven Terrace LLC**<br>**12 Haven Street**<br>**Dover, MA 02030**<br>**Recipient of financial and commercial broker services.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Uri Dahan** |
| 3.24 **Haven Terrace LLC**<br>**12 Haven Street**<br>**Dover, MA 02030** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Round Tuit Enterprises** |
| 3.25 **Haven Terrace LLC**<br>**12 Haven Street**<br>**Dover, MA 02030** | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First Boston Associates LLC** |
| 3.26 **Karina Corrigan**<br>**12 Haven Street**<br>**Dover, MA 02030** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Canton** |
| 3.27 **Karina Corrigan**<br>**12 Haven Street**<br>**Dover, MA 02030** | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First Boston Associates LLC** |

---

Debtor 1   **Patrick Joseph Corrigan**

Case number *(if known)*   **15-15059**

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28   **Karina Corrigan**<br>**12 Haven Street**<br>**Dover, MA 02030** | ■ Schedule D, line ___2.12___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Needham Savings Bank** |
| 3.29   **Knocknacarra Investments Limited**<br>**2 Cluain Mhor Clybaun Road**<br>**County of Galway**<br>**Galway, IRELAND**<br>**Borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>**Promontoria (Arrow) Limited** |
| 3.30   **Sheila Corrigan**<br>**284 North Street**<br>**Medfield, MA 02052** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>**Rose, Chinitz & Rose** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (If known) | **15-15059** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed  ☐ Not employed | ■ Employed  ☐ Not employed |
| | | **Occupation** | **Real Estate Developer** | **Temp - Recruiter** |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** | **Roclid Global LLC** | **People Engines LLC** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | **12 Haven Street Dover, MA 02030** | **207 Union Street Natick, MA 01760** |
| | | **How long employed there?** | **5 Years** | **2 Months** |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,000.00** | $ **1,300.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **5,000.00** | $ **1,300.00** |

Debtor 1  **Patrick Joseph Corrigan**                                Case number (*if known*)  **15-15059**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ......................................................... | 4. | $ **5,000.00** | $ **1,300.00** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **133.80** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: __Self-employment taxes - 15%__ | 5h.+ | $ **750.00** + | $ **0.00** |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **750.00** | $ **133.80** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **4,250.00** | $ **1,166.20** |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **16.00** | $ **16.00** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **0.00** |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **16.00** | $ **16.00** |

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ **4,266.00** + $ **1,182.20** = $ **5,448.20**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                                         11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                   12. $ **5,448.20**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐  No.
■  Yes. Explain:  **Debtor's work depends on success of real estate development projects.  Non-filing spouse's work is part-time and subject to fluctuation.**

# 25 Haven Street, Dover Income

|  | Monthly Rental income | Monthly Mortgage | Expenses (incl Property Taxes) | Net Income (mthly) |
|---|---|---|---|---|
|  | 7,000 | 3528 | 2630/mth (taxes) | $32 |
|  |  |  | 600/mth maintenance |  |
|  |  |  | 210/mth (insurance) |  |

Fill in this information to identify your case:

| Debtor 1 | Patrick Joseph Corrigan |
|---|---|

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number   **15-15059**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**       ☐ No

    Do not list Debtor 1        ■ Yes. Fill out this information for
    and Debtor 2.                      each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 2 | ☐ No  ■ Yes |
| Son | 6 | ☐ No  ■ Yes |
| Son | 8 | ☐ No  ■ Yes |
| Wife | 37 | ☐ No  ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    **4.** $                4,978.00

    **If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $    1,500.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $    200.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $    200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $    0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $    0.00 |

| Debtor 1 | **Patrick Joseph Corrigan** | Case number (if known) | **15-15059** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | **450.00** |
| | 6b.    Water, sewer, garbage collection | 6b. $ | **200.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **300.00** |
| | 6d.    Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **1,000.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **250.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **0.00** |
| 10. | **Personal care products and services** | 10. $ | **200.00** |
| 11. | **Medical and dental expenses** | 11. $ | **300.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | 12. $ | **400.00** |
| | Do not include car payments. | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | **0.00** |
| | 15b.    Health insurance | 15b. $ | **1,200.00** |
| | 15c.    Vehicle insurance | 15c. $ | **300.00** |
| | 15d.    Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | **685.88** |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | **740.61** |
| | 17c.    Other. Specify: | 17c. $ | **0.00** |
| | 17d.    Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | $ | **0.00** |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a. $ | **0.00** |
| | 20b.    Real estate taxes | 20b. $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **13,004.49** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **13,004.49** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **5,448.20** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **13,004.49** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-7,556.29** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number | **15-15059** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X **/s/ Patrick Joseph Corrigan** | X |
|---|---|
| **Patrick Joseph Corrigan** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date  **January 14, 2016** | Date |

Official Form 106Dec               Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number | **15-15059** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☑  Married
☐  Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐  No
☑  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **25 Haven Street**<br>**Dover, MA 02030** | From-To:<br>**2013 through 2014** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
☑  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **$75,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | | ☐ Operating a business | |

Debtor 1    **Patrick Joseph Corrigan**    Case number (*if known*)    **15-15059**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$333,298.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2013 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$10,766.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Rental income** | **$42,000.00** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2014 ) | **Rental income** | **$20,000.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2013 ) | **Rental income** | **$17,344.00** | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Debtor 1 **Patrick Joseph Corrigan**        Case number *(if known)* **15-15059**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Needham Savings Bank**<br>**1063 Great Plain Avenue**<br>**Needham, MA 02492** | **Various** | **$14,934.00** | **$1,176,580.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Bank of Canton**<br>**490 Turnpike Street**<br>**Canton, MA 02021** | **Various** | **$10,584.00** | **$659,861.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Karina Corrigan**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Various** | **$59,736.00** | **$1,176,580.00** | **Payments on mortgage of real property that is owned by both debtor and spouse, Karina Corrigan.  Payments made to:**<br><br>**Needham Savings Bank**<br>**1063 Great Plain Avenue**<br>**Needham, MA 02492** |
| **Karina Corrigan**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Various** | **$42,336.00** | **$659,861.00** | **Payments on mortgage of real property that is owned by both debtor and spouse, Karina Corrigan.  Payments made to:**<br><br>**Bank of Canton**<br>**490 Turnpike Street**<br>**Canton, MA  02021** |

Debtor 1   **Patrick Joseph Corrigan** _____   Case number *(if known)*   **15-15059**

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Haven Terrace LLC<br>12 Haven Street<br>Dover, MA 02030** | **-March 18, 2015<br>-July 7, 2015<br>-July 9, 2015<br>-September 22, 2015<br>-Various dates as identified in bank statements** | **$58,923.07** | **Unknown** | **-$35,000 to general contractor Round Tuit for work performed on Haven Terrace development.<br>-$10,000 to Uri Dahan for services in connection with Haven Terrace development.<br>-$9,923.07 to Goddard Consulting for wetlands consulting in connection with Haven Terrace development.<br>-$4,000 to MSH Architects for services in connection with 4 Haven Terrace.<br>-Various payments for Haven Terrace development, as identified in bank statements.** |
| **Five Conrick Lane LLC<br>12 Haven Street<br>Dover, MA 02030** | **-May 19, 2015 ($25,000)<br>-June 8, 2015 ($5,000)<br>-June 8, 2015 ($10,000)<br>-June 12, 2015 ($3,000)<br>-June 25, 2015 ($13,000)<br>-July 13, 2015 ($3,000)<br>-September 15, 2015 ($4,000)<br>-Various dates as identified in bank statements** | **$63,000.00** | **Unknown** | **-$25,000 and $10,000 to Fairview Millwork for siding, roofing, internal trim, decking, windows & doors at 5 Conrick Lane, Dover, MA.<br>-$5,000 to Andy Nguyen for flooring at 5 Conrick Ln.<br>-$3,000 and $4,000 to Warley Olivera for painting at 5 Conrick Ln.<br>-$13,000 to PC Drywall for 5 Conrick Ln.<br>-$3,000 to Ron Petis for groundworks at 5 Conrick Ln.<br>-$10,000 to Uri Dahan for services related to 5 Conrick Ln.<br>-Various payments for development of 5 Conrick Ln., as identified in bank statements.** |

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐   No
☑   Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Debtor 1   **Patrick Joseph Corrigan**                                                     Case number *(if known)*   **15-15059**

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Michael Thomas Durkan and Patrick Durkan v. Patrick Corrigan, Haven Terrace, LLC, 283 Dedham Street LLC, 284 North Street LLC, Corbon International Development LLC, Roclid Development Inc., Roclid Global LLC, and Karina Corrigan, as Trustee of the 12 Haven Street Realty Trust, Bank of Canton, Dedham Institution for Savings, Needham Bank, and First Boston Associates, LLC Civil Action No. 15-590A** | **Action to enforce a monetary judgment entered by the High Court of Ireland** | **Norfolk County Superior Court 650 High Street Dedham, MA 02026** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **In the matter of an Arbitral Award between Patrick Corrigan, Applicant, and Michael Thomas Durkan and Patrick Durkan, Respondents 2010 No 59MCA** | **Proper construction of license agreement** | **The High Court of Ireland IRELAND** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Pat Corrigan v. Munich Re Capital Limited 2012 No. 97P** | **Insurance dispute** | **The High Court of Ireland IRELAND** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **ACC Loan Management v. Cordil Construction Ltd., Patrick Corrigan, and Gerard Dillon** | **Suit on loan and guaranty** | **Court of Appeal of Ireland IRELAND** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

   ☐ No
   ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property  Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Michael and Patrick Durkan Bridge Street Louisburg, Westport Co. Mayo, IRELAND** | **25 Haven Street, Dover, MA 02030**  **Single residential house.**  ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **May 19, 2015** | **$2,600,000.00** |
| **Michael and Patrick Durkan Bridge Street Louisburg, Westport Co. Mayo, IRELAND** | **Assets in possession of Bank of Canton, Dedham Institution for Savings, Needham Bank, and First Boston Associates, LLC.**  ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **May 19, 2015** | **$1,145.97** |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Patrick Joseph Corrigan**                                    Case number *(if known)*    **15-15059**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **AIB Bank**<br>**Bank Centre**<br>**Ballsbridge**<br>**Dublin 4, IRELAND** | **7 Chapel Street**<br>**Village of Moycullen**<br>**County of Galway**<br>**IRELAND**<br><br>**Single residential house.**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2015** | **$191,292.50** |
| **AIB Bank**<br>**Bankcentre**<br>**Ballsbridge**<br>**Dublin 4, IRELAND** | **Folios 38282F, 45311F and 22892F**<br>**Village of Furbo**<br>**County of Galway**<br>**IRELAND**<br><br>**-Commercial property (retail units) seized by bank-appointed receivers and sold.**<br>**-Residential properties (seven residential houses) seized by bank-appointed receivers and rented out.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **2015** | **$1,639,650.00** |
| **AIB Bank**<br>**Bankcentre**<br>**Ballsbridge**<br>**Dublin 4, IRELAND** | **Ground Floor, Block B, Galway West Business Park,**<br>**Rahoon, Knocknaccara, Galway City**<br>**County of Galway**<br>**IRELAND**<br><br>**Commercial property (Office premises - 5,000 sq. ft) seized by bank-appointed receivers.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **2015** | **$435,640.00** |
| **Start Mortgages Limited**<br>**Trimleston House, Beech Hill Campus**<br>**Clonskeagh**<br>**Dublin 1, IRELAND** | **8 Ard An Locha**<br>**Bushypark**<br>**County of Galway**<br>**IRELAND**<br><br>**Single residential house.**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2015** | **$435,640.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Patrick Joseph Corrigan**                                     Case number (*if known*)    **15-15059**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **ACC Loan Management**<br>**Charlemont Place**<br>**Dublin 2, IRELAND** | **3 Sean Mulvoy Road**<br>**Galway, IRELAND**<br><br>**Commercial property (office premises - 3,000 sq. ft.) seized by bank-appointed receivers and sold.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | **unknown** | **$196,038.00** |
| **KBC Bank**<br>**Sandwith Street**<br>**Dublin 2, IRELAND** | **4 Sean Mulvoy Road**<br>**Galway, IRELAND**<br><br>**Commercial property (office premises - 3,000 sq. ft.) seized by bank-appointed receivers and sold.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | **unknown** | **$196,038.00** |
| **KBC Bank**<br>**Sandwith Street**<br>**Dublin 2, IRELAND** | **Castlebar**<br>**County of Mayo**<br>**IRELAND**<br><br>**Apartment seized by bank-appointed receivers and sold.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | **unknown** | **$81,682.50** |
| **Bank of Ireland**<br>**40 Mespil Road**<br>**Dublin 4, IRELAND** | **Castlecomer**<br>**County of Kilkenny**<br>**IRELAND**<br><br>**Commercial property (2,500 sq. ft.) seized by bank-appointed receivers and sold.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | **unknown** | **$87,128.00** |

Debtor 1   **Patrick Joseph Corrigan**    Case number (*if known*)   **15-15059**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Societe Generale**<br>**IFSC House, Third Floor**<br>**IFSC**<br>**Dublin 1, IRELAND** | **Les Villas Du Golf**<br>**22370 Pleneuf Val Andre**<br>**Brittany, FRANCE**<br><br>**Two apartments seized by bank-appointed receivers and sold.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **unknown** | **$217,820.00** |
| **Bank of Ireland**<br>**40 Mespil Road**<br>**Dublin 4, IRELAND** | **Bridge Street**<br>**Louisburgh**<br>**County of Mayo**<br>**IRELAND**<br><br>**Public house (pub) seized by bank-appointed receivers and sold.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **unknown** | **$435,640.00** |
| **AIB Bank**<br>**Bankcentre**<br>**Ballsbridge**<br>**Dublin 4, IRELAND** | **Headford Road**<br>**Village of Ballindooley**<br>**Galway, IRELAND**<br><br>**-Single residential house seized by bank-appointed receivers and sold (note: this is one property in a two property folio, Folio GY80600F. The other property is the quarry listed on Schedule A/B)**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **Unknown** | **$200,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
■ Yes

| Debtor 1 | **Patrick Joseph Corrigan** | Case number *(if known)* | **15-15059** |

---

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Sheila Corrigan and family**<br>**284 North Street**<br>**Medfield, MA 02052**<br><br>Person's relationship to you: **Sister-in-law and her children** | **Money to pay bills, took family out to dinner.** | **Various** | **$5,000.00** |
| **Sheila Corrigan**<br>**284 North Street**<br>**Medfield, MA 02052**<br><br>Person's relationship to you: **Sister-in-law** | **Payment of legal fees to Allen Rose, Esq. for litigation relating to 284 North Street.** | **June 15, 2015** | **$12,000.00** |
| **Sheila Corrigan**<br>**284 North Street**<br>**Medfield, MA 02052**<br><br>Person's relationship to you: **Sister-in-law** | **Agreed to pay legal fees to Allen Rose, Esq. for litigation relating to 284 North Street (not yet paid - listed as unsecured creditor).** | **2015** | **$9,000.00** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

■ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Patrick Joseph Corrigan**                                          Case number *(if known)*   **15-15059**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Jay F. Theise & Associates LLC**<br>**92 State Street**<br>**Boston, MA 02109** | **Payment of consulting fees** | **July 22, 2015** | **$10,000.00** |
| **Posternak Blankstein & Lund LLP**<br>**Prudential Tower**<br>**800 Boylston Street**<br>**Boston, MA 02199-8004**<br>**Karina Corrigan** | **Payment of attorneys' fees** | **August 6, 2015** | **$20,000.00** |
| **001 Debtorcc, Inc.**<br>**378 Summit Avenue**<br>**Jersey City, NJ 07306**<br>**https://www.debtorcc.org/** | **Payment for credit counseling program** | **December 16, 2015** | **$14.95** |
| **Posternak Blankstein & Lund LLP**<br>**Prudential Tower**<br>**800 Boylston Street**<br>**Boston, MA 02199**<br>**Roclid Global LLC** | **Payment of attorneys' fees and costs** | **October 13, 2015** | **$3,000.00** |
| **Posternak Blankstein & Lund LLP**<br>**Prudential Tower**<br>**800 Boylston Street**<br>**Boston, MA 02199** | **Payment of attorneys' fees and costs** | **November 20, 2015** | **$2,739.09** |
| **Posternak Blankstein & Lund LLP**<br>**Prudential Tower**<br>**800 Boylston Street**<br>**Boston, MA 02199** | **Payment of attorneys' fees and costs** | **December 20, 2015** | **$4,007.67** |
| **Posternak Blankstein & Lund LLP**<br>**Prudential Tower**<br>**800 Boylston Street**<br>**Boston, MA 02199** | **Payment of attorneys' fees and costs, and retainer for post-petition attorneys' fees and costs** | **December 28, 2105** | **$47,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Debtor 1 | **Patrick Joseph Corrigan** | | Case number *(if known)* | **15-15059** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Karina Corrigan, as Trustee of 12 Haven Street Realty Trust 12 Haven Street Dover, MA 02030**<br><br>**Trustee is debtor's spouse** | **12 Haven Street, Dover, MA 02030, value: $1,600,000. The property has since been deeded back to the debtor and his spouse as tenants by the entirety.** | | **December 2, 2014** |
| **First Boston Associates LLC 859 Willard Street Quincy, MA 02169** | **Mortgage on 25 Haven Street, Dover, MA 02030, securing guaranty of debts owed by Haven Terrace LLC to First Boston Associates LLC** | **Haven Terrace LLC received (a) $3,350,000.00 for a certain Real Estate Term Loan Promissory Note, and (b) $3,200,000.00 for a certain Commercial Real Estate Revolving Line of Credit Note.** | **June 20, 2014** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **E*Trade Securities LLC P.O. Box 484 Jersey City, NJ 07303-0484** | **XXXX-3006** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Margin account** | **For reasons unclear, the account was closed by E*Trade in December 2015. E*Trade continues to hold the funds, as identified in Schedule A/B.** | **$51,191.79** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Patrick Joseph Corrigan**                                    Case number *(if known)*   **15-15059**

---

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bank of America, N.A.**<br>**693 High Street**<br>**Westwood, MA 02090** | **Patrick J. Corrigan**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Empty** | ☐ No<br>■ Yes |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Haven Terrace LLC**<br>**4 Haven Terrace**<br>**Dover, MA 02030** | **Patrick Corrigan**<br>**12 Haven Street**<br>**Dover, MA 02030** | **2004 Jeep Grand Cherokee** | ☐ No<br>■ Yes |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **284 North Street, LLC**<br>**284 North Street**<br>**Medfield, MA 02052** | **284 North Street**<br>**Medfield, MA 02052** | **284 North Street, Medfield, MA 02052. Debtor's position is that he is the manager but not an owner of the LLC. There may be some dispute as to whether the Debtor, in fact, has some interest in the LLC.** | **$700,000.00** |

---

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Patrick Joseph Corrigan**                                    Case number (*if known*)    **15-15059**

---

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

■ A partner in a partnership

■ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **Corrigan Construction**<br>**46 Glen Street**<br>**Dover, MA 02030** | **Real Estate Development**<br><br>**DHKN Accountants** | EIN:<br><br>From-To | **None**<br><br>**2012 - 2013** |
| **CD Development Limited**<br>**Lacala Truskee East**<br>**East Barna, Co. Galway**<br>**IRELAND** | **Real Estate Development**<br><br>**DHKN Accountants** | EIN:<br><br>From-To | **Irish company**<br><br>**May 2004 to 2008** |
| **Cordil Construction Limited**<br>**Lacala Truskee East**<br>**Barna, Co. Galway**<br>**IRELAND** | **Real Estate Development**<br><br>**DHKN Accountants** | EIN:<br><br>From-To | **Irish company**<br><br>**January 11, 2000 to May 31, 2011<br>(receivership date)** |
| **Five Conrick Lane LLC**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Real Estate Development**<br><br>**Joe Moriarty**<br>**King, McNamara, Moriarty, LLP** | EIN:<br><br>From-To | **47-3408748**<br><br>**March 13, 2015 to present** |

Debtor 1   **Patrick Joseph Corrigan**                                        Case number *(if known)*   **15-15059**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **Haven Terrace LLC**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Real Estate Development**<br><br>**Joe Moriarty**<br>**King, McNamara, Moriarty, LLP** | **EIN:**<br><br>**From-To** | **32-0443465**<br><br>**May 30, 2014 to present** |
| **Roclid Global LLC**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Real Estate Development**<br><br>**Joe Moriarty**<br>**King, McNamara, Moriarty, LLP** | **EIN:**<br><br>**From-To** | **90-0765776**<br><br>**November 21, 2011 to present** |
| **Roclid Development Inc.**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Real Estate Development**<br><br>**Joe Moriarty**<br>**King, McNamara, Moriarty, LLP** | **EIN:**<br><br>**From-To** | **001076010 (MA)**<br><br>**April 2, 2012 to present** |
| **1627 Sherborn, LLC**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Real Estate Development**<br><br>**n/a** | **EIN:**<br><br>**From-To** | **001157002 (MA)**<br><br>**January 12, 2015 to present** |
| **283 Dedham Street**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Real Estate Development**<br><br>**n/a** | **EIN:**<br><br>**From-To** | **001117353 (MA)**<br><br>**September 27, 2013 to present** |
| **284 North Street, LLC**<br>**284 North Street**<br>**Medfield, MA 02052** | **Real Estate Development. Debtor**<br>**was manager - not member - of**<br>**LLC.**<br><br>**John F. Hegarty** | **EIN:**<br><br>**From-To** | **001108077 (MA)**<br><br>**May 28, 2013 to present** |
| **Corbon International Development,**<br>**LLC**<br>**12 Haven Street**<br>**Dover, MA 02030** | **Real Estate Development**<br><br>**n/a** | **EIN:**<br><br>**From-To** | **001106027 (MA)**<br><br>**April 30, 2013 to present** |
| **Dun Eibhir Management Limited**<br>**Lacala Truskee East**<br>**Barna, Co. Galway**<br>**IRELAND** | **Real Estate Development**<br><br>**DHKN Accountants** | **EIN:**<br><br>**From-To** | **Irish Company**<br><br>**February 5, 2007 to present** |
| **Corrigan & Dillon Partnership**<br>**Lacala Truskee East**<br>**Barna, Co. Galway**<br>**IRELAND** | **Real Estate Development**<br><br>**DHKN Accountants** | **EIN:**<br><br>**From-To** | **Irish Company**<br><br>**October 14, 2007 - (presently in**<br>**receivership)** |
| **City Pharmacy Limited**<br>**14 Dame Street**<br>**Dublin 2, IRELAND** | **Pharmacy**<br><br>**DHKN Accountants** | **EIN:**<br><br>**From-To** | **Irish Company**<br><br>**January 21, 2003 to Present** |
| **Corrigan Pharmacy Holdings**<br>**Limited**<br>**22 Clanwilliam Square**<br>**Grand Canal Quay**<br>**Dublin 2, IRELAND** | **Pharmacy**<br><br>**DHKN Accountants** | **EIN:**<br><br>**From-To** | **Irish Company**<br><br>**January 20, 2005** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    **Patrick Joseph Corrigan**                                    Case number *(if known)*  **15-15059**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Lidroc Limited**<br>**4 Sean Mulvoy Road**<br>**Galway, IRELAND** | **Construction/Management**<br><br>**DHKN Accountants** | EIN:    **Irish Company**<br><br>From-To  **April 11, 2007 - April 2008** |
| **Fairhill Court Management Limited**<br>**4 Eyre Square**<br>**Galway, IRELAND** | **Management company**<br><br>**DHKN Accountants** | EIN:    **Irish Company**<br><br>From-To  **Ocobter 23, 2007 - present** |
| **Arann Investments Limited**<br>**4 Sean Mulvoy Road**<br>**Galway, IRELAND** | **Investments**<br><br>**DHKN Accountants** | EIN:    **Irish Company**<br><br>From-To  **February 7, 2011 to 2015** |
| **An Saol Nua Teoranta**<br>**Dun Glen**<br>**Meadow Court**<br>**Moylough, IRELAND** | **Management Company**<br><br>**DHKN Accountants** | EIN:    **Irish Company**<br><br>From-To  **February 7, 2011 to June 1, 2012** |
| **Parsie Limited**<br>**8 Ard Na Locha**<br>**Bushy Park**<br>**Galway, IRELAND** | **IT Services**<br><br>**DHKN Accountants** | EIN:    **Irish Company**<br><br>From-To  **February 9, 2012 to 2013** |
| **Burren Dale Management Limited**<br>**Mountscribe**<br>**Kinvara, IRELAND** | **Management company**<br><br>**DHKN Accountants** | EIN:    **Irish Company**<br><br>From-To  **February 15, 2006 to September 27, 2008** |
| **Global Oil Flow USA, LLC**<br>**322 Neff Avenue**<br>**Harrisonburg, VA 22801** | **Solutions for oil and gas operators**<br><br>**Randy Brownell** | EIN:    **26-3956542**<br><br>From-To  **February 20, 2008 to present** |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐  **No**
☑  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **First Boston Associates LLC**<br>**859 Willard Street**<br>**Quincy, MA 02169** | **June 2014** |

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Patrick Joseph Corrigan**
**Patrick Joseph Corrigan**                              **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **January 14, 2016**                              Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Patrick Joseph Corrigan** | Case number *(if known)* | **15-15059** |
|---|---|---|---|

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patrick Joseph Corrigan** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **15-15059** |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7       12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of Canton**<br><br>Description of property securing debt: **25 Haven Street Dover, MA 02030-2129  Norfolk County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Blue Cross Blue Shield**<br><br>Description of property securing debt: **Personal injury claim arising from car accident on May 19, 2014.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Bridgewater Credit Union**<br><br>Description of property: **2015 Ford F-250 25000 miles Four door crew cab, navigation** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Patrick Joseph Corrigan** | | Case number (*if known*) | **15-15059** |

| | | | |
|---|---|---|---|
| property securing debt: | **system, wired for snow plow, fair condition (used for construction work)** | ☐ Retain the property and [explain]: | |
| Creditor's name: | **Bridgewater Credit Union** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **2014 Mercedes GL-450 20000 miles** | | |
| Creditor's name: | **First Boston Associates LLC** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **25 Haven Street Dover, MA 02030-2129 Norfolk County** | | |
| Creditor's name: | **Galligan Johnston Solicitors** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **Lawsuit on insurance policy against Munich Re Capital Limited, seeking $280,000, presently pending in The High Court of Ireland.** <br><br> **Insurance claim for destruction of watercraft denied by underwriter.** | | |
| Creditor's name: | **Michael Thomas Durkan and Patrick Durkan** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br><br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **25 Haven Street Dover, MA 02030-2129 Norfolk County** | | |
| Creditor's name: | **Michael Thomas Durkan and Patrick Durkan** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br><br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **Checking: Bank of Canton** | | |
| Creditor's name: | **Michael Thomas Durkan and Patrick Durkan** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. | ■ No <br><br> ☐ Yes |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Patrick Joseph Corrigan** | | Case number *(if known)* | **15-15059** |

| | | | |
|---|---|---|---|
| Description of property securing debt: | **Headford Road Village of Ballindooley Galway, IRELAND County Four acre site** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Michael Thomas Durkan and Patrick Durkan** | ■ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Needham Bank**<br><br>**Money Market Account** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Needham Savings Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue to make payments** | ☐ No<br><br><br>■ Yes |
| Description of property securing debt: | **12 Haven Street Dover, MA 02030-2129  Norfolk County Primary Residence** | | |

---

| Part 2: | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Patrick Joseph Corrigan**                                    Case number (*if known*)   **15-15059**

Part 3:    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.**

X  **/s/ Patrick Joseph Corrigan**                          X _____
   **Patrick Joseph Corrigan**                                 Signature of Debtor 2
   Signature of Debtor 1

   Date    **January 14, 2016**                              Date _____

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy