# Merrill Edge Roadmap™

## Portfolio Review Report

A customized, semiannual brokerage report detailing portfolio holdings and performance

Prepared exclusively for:

**PATRICK J CORRIGAN**

**Merrill Lynch**
(888) ML-INVEST (654-6837)
www.merrilledge.com

Bank of America Corporation



**MERRILL EDGE**®

# Report Contents

Bank of America Corporation

**MERRILL EDGE**

## Report Contents

## TABLE OF CONTENTS

Portfolio Overview

Performance Analysis

Asset Class Analysis Detail

Size and Style Analysis Summary

Tax Summary Overview

Research Ratings (if applicable)

| | Credit Type | Account Registration | Ownership |
|---|---|---|---|
| **Title** COLLEGE SAVINGS PLAN - ME FBO ████ SME PATRICK J CORRIGAN PART 25 HAVEN ST DOVER MA 02030-2129 | Cash | 529 COLL-ME | |

Account ████597

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

It is important for you to understand that this report provides a portfolio review and it is not a comprehensive financial plan. If you are interested in a formal analysis of your entire financial situation, call a financial advisor at (888) ML-INVEST (654-6837) and ask about Merrill Lynch's financial planning services, including the fees that may be applicable. Financial planning services are not available through Merrill Edge Advisory Center.

Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation.

Investment products:

© 2015 Bank of America Corporation. All rights reserved.



# Portfolio Overview

As of Close of Business 12/24/2015

Performance period available: 07/01/2013 to 11/30/2015

**MERRILL EDGE**

Bank of America Corporation

## Asset Allocation

Current Holdings

Merrill Lynch Asset Allocation Model
Moderately Aggressive

Cash 3.00%
Fixed Income 21.00%
Equity 76.00%

| Asset Class | Current Holdings Amount($) | Percent(%) | ML Allocation Model Amount($) | Percent(%) | Gap Difference($) | Difference(%) |
|---|---|---|---|---|---|---|
| Equity | 0 | 0.00 | 0 | 76.00 | 0 | 76.00 |
| Fixed Income | 0 | 0.00 | 0 | 21.00 | 0 | 21.00 |
| Cash | 0 | 0.00 | 0 | 3.00 | 0 | 3.00 |
| Total | 0.00 | 0.00 | 0 | 100.00 | 0 | |

## Annualized Performance



| | Prior 3 Months | 1 Year | 3 Years | 5 Years | Entire Period |
|---|---|---|---|---|---|
| Total Portfolio | 2.62 | (0.25) | - | - | 5.17 |
| Moderately Aggressive Allocation Model | 4.74 | 2.46 | - | - | 11.42 |
| BofAML US Broad Market Bond | 0.42 | 1.01 | - | - | 3.08 |
| S&P 500 Total Return | 6.07 | 2.75 | - | - | 13.64 |
| BofAML 3-Month US Treasury Bill | 0.00 | 0.02 | - | - | 0.04 |

Returns for periods longer than one year are annualized.

## Performance Summary

| | Prior 3 Months | YTD | Entire Period* |
|---|---|---|---|
| Opening Balance | $7,010 | $6,776 | $0 |
| Net Contributions/(Withdrawals) | $150 | $550 | $6,650 |
| Net Investment Capital | $7,180 | $7,326 | $6,650 |
| Appreciation/(Depreciation) | $189 | $23 | $699 |
| Interest/Dividends | $0 | $0 | $0 |
| Closing Balance | $7,349 | $7,349 | $7,349 |
| Time Weighted Return | 2.62% | 0.42% | 5.17% |

## Reference Indices

**Moderately Aggressive Allocation Model** - This index measures the performance of the Growth Allocation Model. Component indices are comprised of the S&P 500 TR for Fixed Income, and 30 Day Treasury Bill Index for Cash.

**BofAML US Broad Market Bond** - This index tracks the performance of US dollar-denominated investment grade Gov't. and Corp. public debt issued in the US Domestic bond market, including collateralized products such as Mortgage Pass-Through and Asset Backed securities.

**S&P 500 Total Return** - This market-value-weighted index measures total return, including price and dividends, of the 500 largest common stocks (in terms of market cap) in the US. This index is often used as a reference for the performance of the large cap U.S. equity market.

**BofAML 3-Month US Treasury Bill** - This index measures total return on cash, including price and interest income, based on short-term government Treasury Bills of about 90-day maturity.

For additional information on the Merrill Lynch Asset Allocation Models please see the Important Information page on the back of this report.

# Performance Analysis



MERRILL EDGE
Bank of America Corporation

Performance period: 07/01/2013 to 11/30/2015

## Cumulative Performance

Total Portfolio    ···· Moderately Aggressive Allocation Model



## Quarterly Returns

■ Total Portfolio    ■ Moderately Aggressive Allocation Model



Beginning or ending returns may reflect partial calendar quarters. Please see performance period available for account(s).

## Weighted Rate of Return by Period: Yearly

| | Opening Balance($) | Contributions/ (Withdrawals)($) | Interest/ Dividends($) | Appreciation/ (Depreciation)($) | Closing Balance($) | Total Portfolio(%) | | Moderately Aggressive Allocation Model(%) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Year | Cum | Year | Cum |
| 2013 | 6,776 | 550 | 0 | 23 | 7,349 | 0.42 | 12.96 | 2.65 | 29.87 |
| 2014 | 5,882 | 600 | 0 | 284 | 6,776 | 4.59 | 12.49 | 11.98 | 26.51 |
| 2013 | 5,500 | 392 | 0 | 5,892 | | 7.56 | 7.56 | 12.98 | 12.98 |
| Total | 0 | 6,650 | 0 | 699 | 7,349 | 12.96 | | 29.87 | |

Information regarding the returns of the Merrill Lynch Asset Allocation Models can be found on the Important Information page in the back of this report.

Account returns presented "Net of Fees" reflect the deduction of account fees, including advisory fees and transaction costs. Account returns presented "Gross of Fees" are shown before the deduction of advisory fees where applicable in order to make them comparable to the returns of the market indices.

Note that various factors, including unpriced securities, and certain adjustments, holdings or activity may cause report results to differ from actual performance. Report results may also differ from results reported by other Merrill Lynch sources. Past performance does not guarantee future results.

Accounts included in this report: ▇▇▇▇ 2597/5529 COLL-ME)

For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values

    

0001-01-00-0004703-0003-0029981

Report created December 27, 2015
for PATRICK J CORRIGAN
Page 3

# Asset Class Analysis - Detail

As of Close of Business: 12/24/2015

MERRILL EDGE®

Bank of America Corporation

## Holdings in the Selected Account(s)

### Analyzed Assets

| Security Description | Security | Rating | Sector | Size and Style | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|---|---|
| **Other** | | | | | | | |
| FRANKTEM AGE 0-8 YEARS A | NAAAK / 98912NY1 | | · | | 334.6870 | 21.68 | 7,256 |
| **Total Other** | | | | | | | 7,256 |
| **Total Assets** | | | | | | | 7,256 |

# Size and Style Analysis - Summary

As of Close of Business: 12/24/2015

**MERRILL EDGE**
Bank of America Corporation

■ Current Holdings   ■ Moderately Aggressive Model

| Size And Style | Total Holdings(%) 0% | 50% | Current(%) | Model(%) | Gap-Model vs. Current(%) | All Holdings compared to Moderately Aggressive Model ML Holdings($) | Model($) | Gap-Model vs. Holdings($) |
|---|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | | |
| Large Cap Growth |  | | 0.00 | 27.36 | 27.36 | 0 | 0 | 0 |
| Large Cap Value | | | 0.00 | 26.60 | 26.60 | 0 | 0 | 0 |
| Small/Mid Cap Growth | | | 0.00 | 3.04 | 3.04 | 0 | 0 | 0 |
| Small/Mid Cap Value | | | 0.00 | 1.52 | 1.52 | 0 | 0 | 0 |
| International Equity | | | 0.00 | 17.48 | 17.48 | 0 | 0 | 0 |
| Alternatives Blend | | | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 |
| **Fixed Income** | | | | | | | | |
| Long Term Bond | | | 0.00 | 1.89 | 1.89 | 0 | 0 | 0 |
| Intermediate Term Bond | | | 0.00 | 11.13 | 11.13 | 0 | 0 | 0 |
| Short Term Bond | | | 0.00 | 7.98 | 7.98 | 0 | 0 | 0 |
| Fixed Income Blend | | | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 |
| **Cash** | | | | | | | | |
| Other | | | 0.00 | 3.00 | 3.00 | 0 | 0 | 0 |
| **Total of Analyzed Assets** | | | 0.00 | 3.00 | 3.00 | **0** | 0 | 0 |
| Other | | | | | | 7,256 | | |
| **Total Assets** | | | | | | **7,256** | | |

*Total represents the sum of all cash and cash equivalents including short positions with associated credit balances.

Accounts included in this report: ████ 25971(529 COLL-ME)

For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values

0001-01-00-0004703-0004-0028860

Report created December 27, 2015
for PATRICK J CORRIGAN

Page 5



# Tax Summary Overview

As of Close of Business: 12/24/2015

Bank of America Corporation

MERRILL EDGE 

| Account | Interest and Dividends ($) thru Nov 2015 | | | | YTD Realized Gain/(Loss)($) | | | Unrealized Gain/(Loss)($) | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Tax-Exempt Interest | Taxable Interest | Tax-Exempt Dividends | Taxable Dividends | Short Term | Long Term | Total | Short Term Gain | Short Term (Loss) | Long Term Gain | Long Term (Loss) | Total |
| **Tax Exempt** | | | | | | | | | | | | |
| 2597 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |
| **Total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |

The Unrealized Gain/(Loss) totals for this account may not include certain securities held in the account, such as corporate action items or other securities that have insufficient cost data available to accurately calculate the unrealized gain/loss figures on the transactions.

The "Interest and Dividend" values reflect the previous month-end statement totals of interest and dividend income. The interest total may include reportable interest, tax-exempt interest, and bank deposit interest. The dividend total may include reportable dividends, money fund dividends, tax-exempt fund dividends and non reportable dividend income.

This report is for informational purposes only and we suggest that you review this information with your tax advisor. Please refer to your account statement for the official record of income payments credited to your account.

Realized Gain/(Loss) totals for this account do not include sales transactions where cost information is unavailable or data is insufficient to accurately calculate the realized gain/loss figures.

Realized and Unrealized Gain/(Loss) totals reflected in the Tax Overview are for informational purposes only, and we suggest that you review this information with your tax advisor. Please note that pending sale transactions (trades that have not settled) are not reflected in the Realized or Unrealized Gain/(Loss) sections of the Tax Summary Overview.

The information presented about tax considerations affecting your financial transactions or arrangements is not intended as tax advice and cannot be relied upon for the purpose of avoiding any tax penalties. Neither Merrill Lynch nor its Financial Advisors provide tax, accounting or legal advice. You should review any planned financial transactions or arrangement that may have tax, accounting or legal implications with your personal professional advisors.

Accounts included in this report: ▮ 2597/(529 COLL-ME)

# Important Information About This Report

Bank of America Corporation



For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values



## Classification of Securities

For Asset Class, Sector or Size and Style Analysis reports, securities are generally classified by asset class, sector, size and style.

- Equity Class, Sector or Size and Style classifications are based on a capitalization breakpoint of Fixed (S/D.2bn) defines the size of securities. When shown by size, the fund is classified by the asset class, sector, size and style for domestic equity securities. Large Cap, $16.2B billion to $5.34 billion for Mid Cap, and less than $16.25 billion. The style (Growth, Core or Value) for these securities is defined by a proprietary procedure which utilizes a series of quantitative and qualitative metrics (e.g., expected earnings growth, analyst coverage, etc.).

- Equity Sector, security style classifications are based on Global Industry Classification Standard ("GICS"), Source: Morgan Stanley Capital International ("MSCI") and Standard & Poor's ("S&P"), a division of the McGraw Hill Companies, Inc.

- Fixed Income maturity breakpoints are as follows: Short-Term: 0-5 years, Intermediate-Term: 5-15 years, Long-Term: greater than 15 years.

- Convertible securities and options are classified as Equities.
- Preferred stock is classified as Fixed Income.
- Life Insurance products are classified as Other.

Classification details for mutual funds, closed end funds and the investment options of underlying annuities, may be shown by holdings or, optionally, by profile (fund objective). When shown by holdings, the fund is classified by the asset class, sector, size and style or maturity breakdown (excluding Fixed Income Sectors where applicable) of the securities held by the fund as classified by the asset class, sector, size and style or maturity associated with that market-linked investment. When shown by profile, the fund is classified by its predominant investment objective as classified by Morningstar. Where a security is not available, Market-Linked Investments are classified by the asset class, sector, size and style or maturity associated with that market-linked security index that the fund/managed investment vehicle. Note that the data used for this classification is obtained from a variety of sources and may not be current (see 'Data As Of' date shown in the Details Section for the date the portfolio holdings were reported by the fund). Mutual funds, exchange traded funds, closed end funds and the investment options of underlying annuities, may change their portfolio holdings on a regular (often daily) basis. Accordingly, any analysis that includes mutual funds, exchange traded funds, closed end funds, and the investment options of underlying annuities may not reflect the current composition of these funds' underlying holdings. The classification of options, such as puts and calls, if shown, depends on whether the funds are shown by holdings or by profile. When shown by holdings, the fund is classified as Other. When shown by profile, the fund is classified by the asset class, sector, size and style or maturity breakdown shown by holdings, the NTF will not be classified by the asset class, sector, size and style or maturity breakdown shown by holdings, which may vary from that classification. If, for example, an Open or closed end fund is not available, the fund is classified by its predominant asset class ("Data As Of" date shown as "N/A" in the Details Section). If the holdings of an Open or closed end fund are not available, the fund is classified by its predominant asset class ("Data As Of" date shown as "N/A" in the Details Section). Fixed annuities and market value adjusted annuities are classified as Fixed Income and variable annuities are classified as Equities. Note that annuities and life insurance products are not held in your account but are included here for your information.

- The Details Section may also provide summary information regarding accounts enrolled in managed account programs such as Consults, BlackRock Private Investors and MFA. (i.e., classification detail for the managed account may not be shown). A typical portfolio will be heavily weighted to Cash and Equity exposure.

## Merrill Lynch Asset Allocation Models

**Moderately Conservative Model -** For investors who are somewhat risk averse, however, also want to achieve a moderate level of portfolio appreciation. An investor using this model should be willing to absorb some level of volatility and principal loss. A typical portfolio will be primarily cash and fixed income investments with some allocation to equities.

**Moderate Model -** For investors who want to strike a balance between portfolio stability and portfolio appreciation. An investor using this model should be willing to assume a moderate level of volatility and risk of principal loss. A typical portfolio will include a balance of Fixed Income and Equity exposure.

**Moderately Aggressive Model -** For long-term investors who want to take a fair amount of portfolio risk to achieve portfolio growth. An investor using this model should be willing to assume a high level of portfolio volatility and

risk of principal loss. A typical portfolio will have exposure to various asset classes but will be primarily weighted to equities.

**Aggressive Model -** For long-term investors who are willing to take substantial portfolio risk in seeking to achieve above average returns. An investor using this model should be willing to assume a high level of portfolio volatility and risk of principal loss. A typical portfolio will be heavily weighted to equities.

* Where a Merrill Lynch asset allocation model is presented, it is based on GWIM Investment Management & Guidance and is subject to change as market conditions change in the future. Regularly review your asset allocation with a financial advisor at (888) ML-INVEST (654-6837).

## Performance

Where performance on the Merrill Lynch Asset Allocation Model is shown please be advised that these numbers are hypothetically derived and should not be used as a benchmark. Where performance is shown, it should reflect the beginning and ending value for the period shown. Annuity Contract Values may not reflect current information as of the "Close of Business" date shown at the top of each report. Annuities and life insurance products are not held in your account. Their values are listed in the reports for your convenience. Past performance does not guarantee future results. Reference indices may also be shown for your information. Your Account Statement is your official record of holdings, balances and security values. Unless otherwise indicated, values reflect current information as of the "Close of One Business" day prior to the "as of" date shown. Cash Values may not reflect immediately available funds due to loan balances and/or policy changes. Annuity Contract Values may not reflect immediately available funds due to contract changes. All market values include accrued interest, unless otherwise indicated.

## Gain/Loss

The cost basis for municipal bonds that are pending settlement includes accrued interest.

## Research Ratings

Where BofA Merrill (BofAML), research is available on a company, the BofAML rating on such company is provided.

## Glossary of Selected Terms

**Alternative Investments:** Investments whose risks and returns are generally not correlated with more traditional investments (i.e., equities, fixed income and cash) which can include Managed Futures, Hedge Funds, Private Equities, income producing Real Estate, Precious Metals, and Market-Linked Investments. Alternative investments should be carefully considered based on an investor's investment objectives, risk tolerance and net worth (from the more alternative investments; investments that are real estate and are alternative investments, net worth of $5 million or more is required). Alternative investments are often long-term, illiquid, investments that are not easily valued.

**Margin Balance:** A margin balance represents either a debit balance (the amount owed to Merrill Lynch) or a credit balance (the amount held in your account after all trade transactions) on a margin account resulting from the aggregation of each account's Cash, short positions and margin commitments on Visa charges have been paid in full).

**Net Debit Balance:** Refers to the negative number resulting from the aggregation of each account's Cash, short positions and margin balance. Where multiple accounts are included in the analysis, both Cash and Net Debit Balance may be reflected.

**Managed Asset Short Allocations:** When a managed asset has a negative allocation in one or more of its asset categories.

**Short Position:** When an investor sells a borrowed security in anticipation of a price decline or to protect profit in a long position. This activity involves risk because an increase in the price of the stock will result in the investor having to cover the position by, among other things, selling securities or depositing additional funds. Investors should fully understand these risks. Note that short positions are included as part of the Short calculation. Where a Net Debit Balance exists, the Short Position value is shown. A financial advisor at (888) ML-INVEST (654-6837) can provide additional detail regarding short positions in your account.

## Pricing of Securities

Pricing of securities is provided for your information. Your Account Statement is your official record of holdings, balances and security values. Unless otherwise indicated, values reflect current information as of the "Close of Business" date shown at the top of each report. Annuities and life insurance products are not held in your account.

©2015 Merrill Lynch, Pierce, Fenner & Smith Incorporated. Member Securities Investor Protection Corporation (SIPC). Printed in the U.S.A.

# Merrill Edge Roadmap™



Bank of America Corporation

## Portfolio Review Report

A customized, semiannual brokerage report detailing portfolio holdings and performance

Prepared exclusively for:

## PATRICK J CORRIGAN

Merrill Lynch
(888) ML-INVEST (654-6837)
www.merrilledge.com



MERRILL EDGE®

# Report Contents

Bank of America Corporation

MERRILL EDGE®

## TABLE OF CONTENTS

Portfolio Overview

Performance Analysis

Asset Class Analysis Detail

Size and Style Analysis Summary

Tax Summary Overview

Research Ratings (if applicable)

| Acct | Title | Credit Type | Account Registration | Ownership |
| --- | --- | --- | --- | --- |
| 5599 | COLLEGE SAVINGS PLAN - ME | Cash | 529 COLL-ME | |
| | FBO | | | |
| | PATRICK J CORRIGAN PART | | | |
| | SME | | | |
| | 25 HAVEN ST | | | |
| | DOVER MA 02030-2129 | | | |

Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
| --- | --- | --- |

It is important for you to understand that this report provides a portfolio review and it is not a comprehensive financial plan. If you are interested in a formal analysis of your entire financial situation, call a financial advisor at (888) ML-INVEST (654-6837) and ask about Merrill Lynch's financial planning services, including the fees that may be applicable. Financial planning services are not available through Merrill Edge Advisory Center.

© 2015 Bank of America Corporation. All rights reserved.





# Portfolio Overview

MERRILL
EDGE

Bank of America Corporation

Performance period available: 07/01/2013 to 11/30/2015

## Asset Allocation
of Close of Business 12/24/2015

Current Holdings

Merrill Lynch Asset Allocation Model
Moderately Aggressive

Cash
3.00%
Fixed Income
21.00%

Equity
76.00%

### Annualized Performance



| | Current Holdings | | ML Allocation Model | | Gap | |
| Asset Class | Amount($) | Percent(%) | Amount($) | Percent(%) | Difference($) | Difference(%) |
| Equity | 0 | 0.00 | 0 | 76.00 | 0 | 76.00 |
| Fixed Income | 0 | 0.00 | 0 | 21.00 | 0 | 21.00 |
| Cash | 0 | 0.00 | 0 | 3.00 | 0 | 3.00 |
| Total | 0 | 0.00 | 0 | 100.00 | | |

| | Prior 3 Months | 1 Year | 3 Years | 5 Years | Entire Period |
| Total Portfolio | 2.62 | (0.25) | - | - | *5.17 |
| Moderately Aggressive Allocation Model | 4.74 | 2.46 | - | - | 11.42 |
| BofAML US Broad Market Bond | 0.42 | 1.01 | - | - | 3.08 |
| S&P 500 Total Return | 6.07 | 2.75 | - | - | 13.64 |
| BofAML 3-Month US Treasury Bill | 0.00 | 0.02 | - | - | 0.04 |

*Returns for periods longer than one year are annualized.

## Performance Summary

| | Prior 3 Months | YTD | Entire Period* |
| Opening Balance | $7,010 | $6,776 | $0 |
| Net Contributions/(Withdrawals) | $150 | $550 | $6,650 |
| Net Investment Capital | $7,160 | $7,326 | $6,650 |
| Interest/Dividends | $0 | $0 | $0 |
| Appreciation/(Depreciation) | $189 | $23 | $699 |
| Closing Balance | $7,349 | $7,349 | $7,349 |
| Time Weighted Return | 2.62% | 0.42% | 5.17% |

## Reference Indices

**Moderately Aggressive Allocation Model -** This index measures the performance of the Growth Allocation Model. Component indices are comprised of the S&P 500 TR for Fixed Income, and 30 Day Treasury Bill Index for Cash.

**BofAML US Broad Market Bond -** This index tracks the performance of US dollar-denominated investment grade Govt. and Corp. public debt issued in the US Domestic bond market, including collateralized products such as Mortgage Pass-Through and Asset Backed securities.

**S&P 500 Total Return -** This market-value-weighted index measures total return, including price and dividends, of the 500 largest common stocks (in terms of market cap) in the U.S. This index is often used as a reference for the performance of the large cap U.S. equity market.

**BofAML 3-Month US Treasury Bill -** This index measures total return on cash, including price and interest income, based on short-term government Treasury Bills of about 90-day maturity.

For additional information on the Merrill Lynch Asset Allocation Models please see the important information page in the back of this report.

# Performance Analysis

Performance period: 07/01/2013 to 11/30/2015

MERRILL EDGE
Bank of America Corporation

## Cumulative Performance

Total Portfolio    ··· Moderately Aggressive Allocation Model



## Quarterly Returns

■ Total Portfolio    ■ Moderately Aggressive Allocation Model



Beginning or ending returns may reflect partial calendar quarters. Please see performance period available for account(s).

## Time-Weighted Rate of Return by Period: Yearly

| Period | Opening Balance($) | Contributions/ (Withdrawals)($) | Interest/ Dividends($) | Appreciation/ (Depreciation)($) | Closing Balance($) | Total Portfolio(%) Year | Total Portfolio(%) Cum | Moderately Aggressive Allocation Model(%) Year | Moderately Aggressive Allocation Model(%) Cum |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | 6,776 | 550 | 0 | 23 | 7,349 | 0.42 | 12.96 | 2.65 | 29.87 |
| 2014 | 5,892 | 600 | 0 | 284 | 6,776 | 4.59 | 12.49 | 11.98 | 26.51 |
| 2013 | 0 | 5,500 | 0 | 392 | 5,892 | 7.56 | 7.56 | 12.98 | 12.98 |
| **Total** | **0** | **6,650** | **0** | **699** | **7,349** | | **12.96** | | **29.87** |

Information regarding the returns of the Merrill Lynch Asset Allocation Models can be found on the Important Information page in the back of this report.

Account returns presented "Net of Fees" reflect the deduction of account fees, including advisory fees and transaction costs. Account returns presented "Gross of Fees" are shown before the deduction of advisory fees where applicable in order to take them comparable to the returns of the market indices.

Net returns, including unpriced securities, and certain adjustments, holdings or activity may cause report results to differ from actual performance. Report results may also differ from results reported by other Merrill Lynch that various factors, including unpriced securities, and certain adjustments, holdings or activity may cause report results to differ from actual performance. Report results may also differ from results reported by other Merrill Lynch sources. Past performance does not guarantee future results.

For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values

**Accounts included in this report:** 2599I/529 COLL-ME)



0001-01-00-0004704-0003-0029866



# Asset Class Analysis - Detail

MERRILL EDGE®

Bank of America Corporation

As of Close of Business: 12/24/2015

Holdings in the Selected Account(s)

## Analyzed Assets

| Security Description | Security | Rating | Sector | Size and Style | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|---|---|
| **Other** | | | | | | | |
| FRANKTEM AGE 0-8 YEARS A | NAAAK / 99891 2NY1 | | | | 334.6870 | 21.68 | 7,256 |
| **Total Other** | | | | | | | 7,256 |
| **Total Assets** | | | | | | | 7,256 |

Report created December 27, 2015 for PATRICK J CORRIGAN

Page 4

# Size and Style Analysis - Summary

As of Close of Business: 12/24/2015

Bank of America Corporation



MERRILL EDGE

| Size And Style | Current Holdings<br>Total Holdings(%) | | | | Gap-<br>Model vs. | All Holdings compared to Moderately Aggressive Model<br>ML Holdings($) | Model($) | Gap-<br>Model vs.<br>Holdings($) |
|---|---|---|---|---|---|---|---|---|
| | 0% | Moderately Aggressive Model<br>50% | Current(%) | Model(%) | Current(%) | | | |
| **Equity** | | | | | | | | |
| Large Cap Growth |  | | 0.00 | 27.36 | 27.36 | 0 | 0 | 0 |
| Large Cap Value | | | 0.00 | 26.60 | 26.60 | 0 | 0 | 0 |
| Small/Mid Cap Growth | | | 0.00 | 3.04 | 3.04 | 0 | 0 | 0 |
| Small/Mid Cap Value | | | 0.00 | 1.52 | 1.52 | 0 | 0 | 0 |
| International Equity | | | 0.00 | 17.48 | 17.48 | 0 | 0 | 0 |
| Styles Blend | | | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 |
| **Income** | | | | | | | | |
| Long Term Bond | | | 0.00 | 1.89 | 1.89 | 0 | 0 | 0 |
| Intermediate Term Bond | | | 0.00 | 11.13 | 11.13 | 0 | 0 | 0 |
| Short Term Bond | | | 0.00 | 7.98 | 7.98 | 0 | 0 | 0 |
| Income Blend | | | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 |
| **Total of Analyzed Assets** | | | 0.00 | 3.00 | 3.00 | 0 | 0 | 0 |
| Other | | | | | | 7,256 | 0 | 0 |
| **Total Assets** | | | | | | **7,256** | **0** | **0** |

* Total represents the sum of all cash and cash equivalents including short positions with associated credit balances.

For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values

Accounts included in this report: 2599(629 COLL-ME)

0001-01-00-0004704-0004-0028985

Report created December 27, 2015
for PATRICK J CORRIGAN

Page 5

# Tax Summary Overview

As of Close of Business: 12/24/2015

| Account | Interest and Dividends ($) thru Nov 2015 | | | | YTD Realized Gain/(Loss)($) | | | Unrealized Gain/(Loss)($) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tax-Exempt Interest | Taxable Interest | Tax-Exempt Dividends | Taxable Dividends | Short Term | Long Term | Total | Short Term Gain | Short Term (Loss) | Long Term Gain | Long Term (Loss) | Total |
| **Tax Exempt** | | | | | | | | | | | | |
| 2599 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |

The Unrealized Gain/(Loss) totals for this account may not include certain securities held in the account, such as corporate action items or other securities that have insufficient cost data available to accurately calculate the unrealized gain/loss figures on the transactions.

The "Interest and Dividend" values reflect the previous month-end statement totals of interest and dividend income. The interest total may include reportable interest, tax-exempt interest, and bank deposit interest. The dividend total may include reportable dividends, money fund dividends, tax-exempt fund dividends and non reportable dividend income.

This report is for informational purposes only and we suggest that you review this information with your tax advisor. Please refer to your account statement for the official record of income payments credited to your account.

Realized Gain/(Loss) totals for this account do not include sales transactions where cost information is unavailable or data is insufficient to accurately calculate the realized gain/loss figures.

Realized and Unrealized Gain/(Loss) totals reflected in the Tax Overview are for informational purposes only, and we suggest that you review this information with your tax advisor. Please note that pending sale transactions (trades that have not settled) are not reflected in the Realized or Unrealized Gain/(Loss) sections of the Tax Summary Overview.

Information presented about tax considerations affecting your financial transactions or arrangements is not intended as tax advice and cannot be relied upon for the purpose of avoiding any tax penalties. Neither Merrill Lynch nor its Financial Advisors provide tax, accounting or legal advice. You should review any planned financial transactions or arrangement that may have tax, accounting or legal implications with your personal professional advisors.

Accounts included in this report: ▮▮▮▮2599/629 COLL-ME)



MERRILL EDGE®

Bank of America Corporation

# Important Information About This Report

MERRILL EDGE

Bank of America Corporation

## Classification of Securities

For Asset Class, Sector or Size and Style Analysis reports, securities are generally classified by asset class, sector, size and style and, for Fixed Income, sector and maturity.

- Size and Style, security classification is as follows: a capitalization breakpoint of $16.25 billion defines the size Large Cap, $16.25 billion to $5.34 billion for Mid Cap, and less than $5.34 billion for Small Cap for domestic equity securities. SmallMID Cap (SMID) is defined as less than $16.25 billion. The style (Growth, Core or Value) for these securities is defined by a proprietary procedure which utilizes a series of quantitative and qualitative metrics (e.g., expected growth and price/earnings ratios).
- Equity Sector security classifications are based on Global Industry Classification Standard ("GICS"), Source: Morgan Stanley Capital International ("MSCI") and Standard & Poor's ("S&P"), a division of the McGraw Hill Companies, Inc.
- Fixed Income, maturity breakpoints are as follows: Short-Term: 0-5 years, Intermediate-Term: 5-15 years, Long-Term: greater than 15 years.
- Convertible securities and options are classified as Equities.
- Preferred stock is classified as Fixed Income.

Positions are identified in "Details for Managed Assets and Pooled Investments" ("Details Section").

Whenever available, Market-Linked Investments are classified by the reference security that market-linked investment is defined by (as applicable). In order to report the industry's or Merrill Lynch's interpretation of a variety Investment Committee allocation schema in order to report the industry's or Merrill Lynch's interpretation of a variety of the fund/pooled investment vehicle. Note that the data used for this classification is obtained from a variety of other sources due to differing methods of classification (e.g. shown and classified by holdings versus by portfolio. As such, this Report may differ from other reports (e.g., your Merrill Lynch account statement, in which these abilities may not accurately reflect the current composition of these securities may...

## Classification of Accounts

For informational purposes only, Mutual Funds, closed end funds and the investment options of underlying annuities, hedging and may not be current (see "Data As Of" date shown in the Details Section for the date the portfolio was reported by the fund). Mutual funds, closed end funds and exchange traded funds (ETFs), mutual funds and exchange traded funds (NTFs), mutual funds and exchange traded funds that pursue alternative strategies or provide exposure to non-traditional asset classes, are classified as Fixed Income and variable annuities are classified as Equities. Note that annuities and the investment buildings, which may reflect no allocation to alternative investments.

- Holdings or profile data for mutual funds, exchange traded funds, or closed end funds is not available, the fund is classified by its predominant asset class ("Data As Of" date shown as "N/A" in the Details Section). If the holdings or profile data for the investment options of underlying annuities is not available, fixed annuities and market value adjusted annuities are classified as Fixed Income and variable annuities are classified as Equities. Note that annuities and the managed products are not held in your account but are included here for your information.

## About Merrill Lynch Asset Allocation Models

**Conservative Model** - For investors who are very risk averse. Primary emphasis is on portfolio stability and maintaining investment capital. Adjusted for inflation, investment returns may be very low or, in some years, negative, in exchange for high liquidity and reduced risk of principal loss. A typical portfolio will be heavily weighted to Cash and Fixed Income investments.

**Moderately Conservative Model** - For investors who are somewhat risk averse, however, also want to achieve a modest level of portfolio appreciation. An investor using this model should be willing to absorb some level of volatility and principal loss. A typical portfolio will include primarily cash and fixed income investments with some allocation to equities.

**Moderate Model** - For investors who want to strike a balance between portfolio stability and portfolio appreciation. An investor using this model should be willing to assume a moderate level of volatility and risk of principal loss. A typical portfolio will include a balance of Fixed Income and Equity exposure.

**Moderately Aggressive Model** - For long-term investors who are willing to take a fair amount of portfolio volatility and achieve portfolio growth. An investor using this model should be willing to assume a high level of portfolio volatility and

For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values



---

risk of principal loss. A typical portfolio will have exposure to various asset classes but will be primarily weighted to equities.

**Aggressive Model** - For long-term investors who are willing to take substantial portfolio risk in seeking to achieve above average returns. An investor using this model should be willing to assume a high level of portfolio volatility and risk of principal loss. A typical portfolio will be heavily weighted to equities.

- Where a Merrill Lynch asset allocation model is presented, it is based on GWIM Investment Management & Guidance and is subject to change as market conditions change in the future. Regularly review your asset allocation with a financial advisor at (888) ML-INVEST (654-6837).

## Pricing of Securities

Pricing of Securities is provided for your information. Your Account Statement is your official record of holdings, balances and security values. Unless otherwise indicated, values reflect current information as of the "Close of Business" date shown at the top of each report. Annuities and life insurance products are not held in your account. Their values are listed in the reports for your convenience.

Life Insurance Cash Values and Annuity ("Contract Values are used to calculate Total Portfolio Value. These values are as of the date on the Statement. For those products, Contract Value and/or Annuity Contract Values may not immediately available funds due to loan balances and/or policy changes. Annuity Contract Values may reflect immediately available funds due to contract changes. All market values include accrued interest, unless otherwise indicated.

## Performance

Where performance on the Merrill Lynch Asset Allocation Model is shown please be advised that these numbers are hypothetically derived and should not be used as a benchmark.

Where performance is shown, note that various factors, including unpriced securities and certain adjustments, holdings or activity may cause report results to differ from actual performance. Report results may also differ from results shown in other Merrill Lynch systems due to differing methods of pricing, accounting or calculation (including whether trade date or settlement date is used and how accrued income is treated). Past performance does not guarantee future results. Reference indices shown, including how the composition of your account or various types of investments (i.e. U.S. stocks, international stocks, bonds, cash and alternative investments). Reference indices should not be used to benchmark or evaluate the relative performance of a specific account or portfolio. A financial advisor at (888) ML-INVEST (654-6837) can provide further information regarding the particular indices shown, including how the composition of your account or portfolio.

## Gain/Loss

The cost basis for municipal bonds that are pending settlement includes accrued interest.

## Research Ratings

Where BofA Merrill Lynch (BofAML) research is available on a company, the BofAML rating on such company is provided.

## Glossary of Selected Terms

**Alternative Investments:** Investments whose risks and returns are generally not correlated with more traditional investments (i.e., equities, fixed income and cash) which can include Managed Futures, Hedge Funds, Private Equities, income producing Real Estate, Precious Metals, and Market-Linked Investments. Alternative investments should be carefully considered based on an investor's investment objectives, risk tolerance and net worth (for some alternative investments, the net worth of $5 million or more is required). Alternative investments are not suitable for all investors.

**Cash:** Refers to the single number resulting from the aggregation of each accounts Cash, short positions and margin balance. Where multiple accounts are included in the analysis, both Cash and Net Debit Balance may be reflected.

**Managed Asset Short Allocations:** When a managed asset has a negative allocation in one or more of its asset categories.

**Margin Balance:** A balance represents either a debit balance (the amount owed to Merrill Lynch as a result of trade transactions on Visa charges) or a credit balance (the amount held in your account after all trade commitments on Visa charges have been paid in full).

**Net Debit Balance:** Refers to the negative number resulting from the aggregation of each account's Cash, short positions and margin balance. Where multiple accounts are included in the analysis, both Cash and Net Debit Balance may be reflected.

**Short Position:** When an investor sells a borrowed security in anticipation of a price decline or to protect profit in a long position. This activity involves risk because an increase in the price of the stock will result in the investor having to cover the position by, among other things, selling securities or depositing additional funds. Investors should fully understand these risks. When short positions are included as part of the Cash calculation. Where a Net Debit Balance exists, regarding short positions in your account can provide additional detail.

©2015 Merrill Lynch, Pierce, Fenner & Smith Incorporated. Member Securities Investor Protection Corporation (SIPC). Printed in the U.S.A.



# Merrill Edge Roadmap™

Bank of America Corporation

## Portfolio Review Report

A customized, semiannual brokerage report detailing portfolio holdings and performance

Prepared exclusively for:

**PATRICK J CORRIGAN**

**Merrill Lynch**
(888) ML–INVEST (654-6837)
www.merrilledge.com

MERRILL EDGE®

# Report Contents



Bank of America Corporation

## TABLE OF CONTENTS

Portfolio Overview ......... 2

Performance Analysis ......... 4

Asset Class Analysis Detail ......... 5

Size and Style Analysis Summary ......... 6

Tax Summary Overview

Research Ratings (if applicable)



| Account | Title | Credit Type | Account Registration | Ownership |
|---|---|---|---|---|
| 3□□800 | COLLEGE SAVINGS PLAN - ME<br>FBO ███ SME<br>PATRICK J CORRIGAN PART<br>25 HAVEN ST<br>DOVER MA 02030-2129 | Cash | 529 COLL-ME | |

Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center, which offers team-based advice and guidance brokerage services, and a self-directed online investing platform. Both are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

It is important for you to understand that this report provides a portfolio review and it is not a comprehensive financial plan. If you are interested in a formal analysis of your entire financial situation, call a financial advisor at (888) ML-INVEST (654-6837) and ask about Merrill Lynch's financial planning services, including the fees that may be applicable. Financial planning services are not available through Merrill Edge Advisory Center.

© 2015 Bank of America Corporation. All rights reserved.



# Portfolio Overview

Bank of America Corporation

Performance period available: 07/01/2013 to 11/30/2015

**MERRILL EDGE**

## Asset Allocation
As of Close of Business: 12/24/2015

### Current Holdings

Merrill Lynch Asset Allocation Model
Moderately Aggressive

Cash 3.00%
Fixed Income 21.00%
Equity 76.00%

| Asset Class | Current Holdings Amount($) | Percent(%) | ML Allocation Model Amount($) | Percent(%) | Gap Difference($) | Difference(%) |
|---|---|---|---|---|---|---|
| Equity | 0.00 | 0.00 | 0 | 76.00 | 0 | 76.00 |
| Fixed Income | 0.00 | 0.00 | 0 | 21.00 | 0 | 21.00 |
| Cash | 7,256 | 0.00 | 0 | 3.00 | 0 | 3.00 |
| **Total** | **7,256** | **0.00** | **0** | **100.00** | | |

## Performance Summary

| | Prior 3 Months | YTD | Entire Period* |
|---|---|---|---|
| Opening Balance | $7,010 | $6,776 | $0 |
| Net Contributions/(Withdrawals) | $150 | $550 | $6,650 |
| Net Investment Capital | $7,160 | $7,326 | $6,650 |
| Interest/Dividends | $0 | $0 | $0 |
| Appreciation/(Depreciation) | $189 | $23 | $699 |
| Closing Balance | $7,349 | $7,349 | $7,349 |
| Time Weighted Return | 2.62% | 0.42% | 5.17% |

## Annualized Performance



| (%) | Prior 3 Months | 1 Year | 3 Years | 5 Years | Entire Period |
|---|---|---|---|---|---|
| **Total Portfolio** | **2.62** | **(0.25)** | **-** | **-** | ***5.17** |
| Moderately Aggressive Allocation Model | 4.74 | 2.46 | - | - | 11.42 |
| BofAML US Broad Market Bond | 0.42 | 1.01 | - | - | 3.08 |
| S&P 500 Total Return | 6.07 | 2.75 | - | - | 13.64 |
| BofAML 3-Month US Treasury Bill | 0.00 | 0.02 | - | - | 0.04 |

*Returns for periods longer than one year are annualized.

## Reference Indices

**Moderately Aggressive Allocation Model -** This index measures the performance of the Growth Allocation Model. Component indices are comprised of the S&P 500 TR for Fixed Income, and 30 Day Treasury Bill Index for Cash.

**BofAML US Broad Market Bond -** This index tracks the performance of US dollar-denominated investment grade Gov't and Corp. public debt issued in the US Domestic bond market, including collateralized products such as Mortgage Pass-Through and Asset Backed securities.

**S&P 500 Total Return -** This market-value-weighted index measures total return, including price and dividends, of the 500 largest common stocks (in terms of market cap) in the U.S. equity market. This index is often used as a reference for the performance of the large cap U.S. equity market.

**BofAML 3-Month US Treasury Bill -** This index measures total return on cash, including price and interest income, based on short-term government Treasury Bills of about 90-day maturity.

For additional information on the Merrill Lynch Asset Allocation Models please see the Important Information page in the back of this report.

Report created December 27, 2015
for PATRICK J CORRIGAN

# Performance Analysis




MERRILL
EDGE
Bank of America Corporation

Performance period: 07/01/2013 to 11/30/2015

## Cumulative Performance

— Total Portfolio    ⋯⋯ Moderately Aggressive Allocation Model



## Quarterly Returns

■ Total Portfolio    ▨ Moderately Aggressive Allocation Model



Beginning or ending returns may reflect partial calendar quarters. Please see performance period available for account(s).

## Weighted Rate of Return by Period: Yearly

| Period | Opening Balance($) | Contributions/ (Withdrawals)($) | Interest/ Dividends($) | Appreciation/ (Depreciation)($) | Closing Balance($) | Total Portfolio(%) Year | Total Portfolio(%) Cum | Moderately Aggressive Allocation Model(%) Year | Moderately Aggressive Allocation Model(%) Cum |
|---|---|---|---|---|---|---|---|---|---|
| 2015 | 6,776 | 550 | 0 | 23 | 7,349 | 0.42 | 12.96 | 2.65 | 29.87 |
| 2014 | 5,892 | 600 | 0 | 284 | 6,776 | 4.59 | 12.49 | 11.98 | 26.51 |
| 2013 | 0 | 5,500 | 0 | 392 | 5,892 | 7.56 | 7.56 | 12.98 | 12.98 |
| **Total** | **0** | **6,650** | **0** | **699** | **7,349** | | **12.96** | | **29.87** |

Information regarding the returns of the Merrill Lynch Asset Allocation Models can be found on the Important Information page in the back of this report.

Account returns presented "Net of Fees" reflect the deduction of account fees, including advisory fees and transaction costs. Account returns presented "Gross of Fees" are shown before the deduction of advisory fees where applicable in order to make them comparable to the returns of the market indices.

Note that various factors, including unpriced securities, and certain adjustments, holdings or activity may cause report results to differ from actual performance. Report results may also differ from results reported by other Merrill Lynch sources. Past performance does not guarantee future results.

Accounts included in this report: ▮▮▮▮2600(629 COLL-ME)

For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values



# Asset Class Analysis - Detail

MERRILL
EDGE
Bank of America Corporation

As of Close of Business: 12/24/2015

Holdings in the Selected Account(s)

## Analyzed Assets

| Security Description | Security | Rating | Sector | Size and Style | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|---|---|
| Other | | | | | | | |
| FRANKTEM AGE 0-8 YEARS A | NAAAK / 99897 2NY1 | | • | | 334.6870 | 21.68 | 7,256 |
| Total Other | | | | | | | 7,256 |
| Total Assets | | | | | | | 7,256 |

# Size and Style Analysis - Summary

As of Close of Business: 12/24/2015

**MERRILL EDGE**
Bank of America Corporation

■ Current Holdings   ▢ Moderately Aggressive Model

All Holdings compared to Moderately Aggressive Model

| Size And Style | Total Holdings(%) 0% — 50% | Current(%) | Model(%) | Gap- Model vs. Current(%) | ML Holdings($) | Model($) | Gap- Model vs. Holdings($) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| Large Cap Growth |  | 27.36 | 27.36 | 27.36 | 0 | 0 | 0 |
| Large Cap Value | | 0.00 | 26.60 | 26.60 | 0 | 0 | 0 |
| Small/Mid Cap Growth | | 0.00 | 3.04 | 3.04 | 0 | 0 | 0 |
| Small/Mid Cap Value | | 0.00 | 1.52 | 1.52 | 0 | 0 | 0 |
| International Equity | | 0.00 | 17.48 | 17.48 | 0 | 0 | 0 |
| ...es Blend | | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 |
| **...d Income** | | | | | | | |
| ...Term Bond | | 0.00 | 1.89 | 1.89 | 0 | 0 | 0 |
| ...mediate Term Bond | | 0.00 | 11.13 | 11.13 | 0 | 0 | 0 |
| ...ort Term Bond | | 0.00 | 7.98 | 7.98 | 0 | 0 | 0 |
| ...Income Blend | | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 |
| **Other** | | | | | | 7,256 | 0 |
| **Total Assets** | | | | | | 7,256 | |
| **Total of Analyzed Assets** | | 0.00 | 3.00 | 3.00 | 0 | 0 | 0 |

Total represents the sum of all cash and cash equivalents including short positions with associated credit balances.

Accounts included in this report: ████ 2600/529 COLL-ME)

For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values



0001-01-00-0004705-0004-0029990

# Tax Summary Overview

As of Close of Business: 12/24/2015



MERRILL EDGE
Bank of America Corporation

| | Interest and Dividends ($) thru Nov 2015 | | | | YTD Realized Gain/(Loss)($) | | | Unrealized Gain/(Loss)($) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account | Tax-Exempt Interest | Taxable Interest | Tax-Exempt Dividends | Taxable Dividends | Short Term | Long Term | Total | Short Term Gain | Short Term (Loss) | Long Term Gain | Long Term (Loss) | Total |
| **Tax Exempt** | | | | | | | | | | | | |
| 2600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |
| **Total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (46) | 625 | (23) | 556 |

The Unrealized Gain/(Loss) totals for this account may not include certain securities held in the account, such as corporate action items or other securities that have insufficient cost data available to accurately calculate the unrealized gain/loss figures on the transactions.

The "Interest and Dividend" values reflect the previous month-end statement totals of interest and dividend income. The interest total may include reportable interest, tax-exempt interest, and bank deposit interest. The dividend total may include reportable dividends, money fund dividends, tax-exempt fund dividends and non reportable dividend income.

This report is for informational purposes only and we suggest that you review this information with your tax advisor. Please refer to your account statement for the official record of income payments credited to your account.

The Realized Gain/(Loss) totals for this account do not include sales transactions where cost information is unavailable or data is insufficient to accurately calculate the realized gain/loss figures.

The Realized and Unrealized Gain/(Loss) totals reflected in the Tax Overview are for informational purposes only, and we suggest that you review this information with your tax advisor. Please note that pending sale transactions (trades that have not settled) are not reflected in the Realized or Unrealized Gain/(Loss) sections of the Tax Summary Overview.

Information presented about tax considerations affecting your financial transactions or arrangements is not intended as tax advice and cannot be relied upon for the purpose of avoiding any tax penalties. Neither Merrill Lynch nor its Financial Advisors provide tax, accounting or legal advice. You should review any planned financial transactions or arrangement that may have tax, accounting or legal implications with your personal professional advisors.

# Important Information About This Report

Bank of America Corporation

## Classification of Securities

For Asset Class, Sector or Size and Style Analysis reports, securities are generally classified by asset class, sector, or size and style. Securities classification is as follows: a capitalization breakpoint of $16.25 billion defines the size for Large Cap, $16.25 billion to $5.34 billion for Mid Cap, and less than $5.34 billion for Small Cap for domestic equity securities. Small/Mid Cap (SMID) is defined as less than $16.25 billion. The style (Growth, Core or Value) for these securities is defined by a proprietary procedure which utilizes a series of quantitative and qualitative metrics (e.g., expected earnings growth, security classifications are based on Global Industry Classification Standard ("GICS"). Source: "GICS") Equity Sector, security classifications are based on Global Industry Classification Standard ("GICS"). Source: Morgan Stanley Capital International ("MSCI") and Standard & Poor's ("S&P"), a division of the McGraw Hill Companies, Inc.

Fixed Income, maturity breakpoints are as follows: Short-Term: 0-5 years, Intermediate-Term: 5-15 years, Long-Term: greater than 15 years.

- Convertible securities and options are classified as Equities.
- Preferred stock is classified as Fixed Income.
- Insurance products are classified as Other.
- Classification details for mutual funds, closed end funds, certain managed accounts, annuities and External Account Securities (where applicable), size and style or maturity breakdown (excluding Fixed Income Sectors where applicable) of such securities, if available, are based on the industry's or Merrill Lynch's interpretation of the classification details provided by vendors and mapped to Merrill Lynch's Research Performance, the classification scheme in order to report the industry's or Merrill Lynch's interpretation of the classification. Where applicable, size and style or maturity for the reference security may be an individual security, index or investment such as a mutual fund or maturity. The reference security may be an individual security, index or investment such as a mutual fund, closed end fund, certain managed accounts, annuities and External Account holdings were reported by the fund.

As such, this Report may differ from other reports (e.g., your Merrill fund) that pursue alternative investment strategies. Non-Traditional Funds (NTFs), mutual funds and exchange traded funds that pursue alternative investment options of underlying annuities. Accordingly, any shown by holdings, the classification of these securities may change their particular holdings on a regular (often daily) basis. Accordingly, any values that include annuities may change their particular holdings on a regular (often daily) basis. Accordingly, any values that include mutual funds, closed end funds and the investment options of underlying annuities, any values that include annuities may change their particular holdings on a regular (often daily) basis. In particular, Non-Traditional Funds (NTFs), mutual funds and exchange traded funds that pursue alternative to provide alternative asset exposure, may be classified as alternative investments when shown by profile, the classification of these securities may be shown by holdings. The NTF will be classified by the asset class, sector, size and style or maturity provided by the asset class, sector, size and style or maturity provided by vendors and mapped to Merrill Lynch's interpretation of the classified by its predominant asset class ("Data As Of" date shown as "N/A" in the Details Section). If the holdings or profile data for mutual funds, closed end funds and exchange traded funds that pursue alternative are classified as Fixed Income and variable annuities are classified as Equities. Note that annuities and life insurance products are not held in your account but are included here for your information.

Details Section may also provide summary information regarding accounts enrolled in managed account programs such as Consults, things such that the funds are shown by profile, may be classified as alternative investments. Note that annuities and life insurance products are not held in your account but are included here for your information.

negatively. Your Financial Advisor can also provide a report based upon the account's actual holdings.

## About Merrill Lynch Asset Allocation Models

**Conservative Model** - For investors who are very risk averse. Primary emphasis is on portfolio stability and meaning investment capital. Adjusted for inflation, investment returns may be low or negative, in some years, negative, in exchange for high liquidity and stability.

**Moderately Conservative Model** - For investors who want to strike a balance between portfolio stability and appreciation. An investor using this model should be willing to assume a moderate level of volatility and risk of principal loss. A typical portfolio will include a balance of Fixed Income and Equity exposure.

**Moderate Model** - For investors who want to achieve a principal loss. A typical portfolio will be heavily weighted to achieve portfolio will include a balance of Fixed Income and Equity exposure.

**Moderately Aggressive Model** - For long-term investors who are willing to take a fair amount of portfolio risk to achieve portfolio growth. An investor using this model should be willing to assume a high level of portfolio volatility and

risk of principal loss. A typical portfolio will have exposure to various asset classes but will be primarily weighted to above average returns.

**Aggressive Model** - For long-term investors who are willing to take on substantial asset class and security risk in seeking to achieve above average returns. An investor using this model should be willing to assume a high level of portfolio volatility and risk of principal loss. A typical portfolio will be heavily weighted to equities.

* Where a Merrill Lynch asset allocation model is presented, it is based on GWIM Investment Management & Guidance and is subject to change as market conditions change in the future. Regularly review your asset allocation with a financial advisor at (888) ML-INVEST (654-6837).

## Pricing of Securities

Pricing of securities is provided for your information. Your Account Statement is your official record of holdings, balances and security values. Unless otherwise indicated, values reflect current information as of the "Close of Business" date shown at the top of each report. Annuities and life insurance products are not held in your account. Their values are listed in the reports for your convenience. Life Insurance Cash Values are used to calculate Total Portfolio Value. These values are based on the Close Business day policy pricing valuation. Annuity Contract Values may not reflect immediately available funds due to contract charges. All market values include accrued interest, unless otherwise indicated.

## Performance

Where performance on the Merrill Lynch Asset Allocation Model is shown please be advised that these numbers are hypothetically derived and should not be used as a benchmark. Where performance is shown, past performance is no guarantee of future results, including unpriced securities and certain adjustments, holdings or activity may cause report results to differ from actual performance. Report results may also differ from results shown in other Merrill Lynch reports. Values may not reflect immediately available funds due to differing methods of pricing, accounting or calculation (including whether trade date or settlement date is used and how accrued income is treated). Past performance does not guarantee future results. Reference indices may also be shown. Indices such as stocks, international stocks, fixed income and alternative investments, net worth of $5 million or more is required). Alternative investments are often long-term, illiquid, Cash: Refers to the positive number resulting from the aggregation of each account's Cash, short positions and margin balance. Where multiple accounts are included in the analysis, both Cash and Net Debit Balance may be reflected.

## Gain/Loss

The cost basis for municipal bonds that are pending settlement includes accrued interest.

## Research Ratings

Where BofA Merrill Lynch (BofAML) research is available on a company, the BofAML rating on such company is provided.

## Glossary of Selected Terms

**Alternative Investments:** Investments whose risks and returns are generally not correlated with more traditional investments (i.e., equities, fixed income and cash) which can include Managed Futures, Hedge Funds, Private Equities, income producing Real Estate, Precious Metals, and Market-Linked Investments. Alternative investments should be carefully considered based on an investor's investment objectives, risk tolerance and net worth (to see alternative investments, net worth of $5 million or more is required). Alternative investments are often long-term, illiquid, Cash: Refers to the positive number resulting from the aggregation of each account's Cash, short positions and margin balance. Where multiple accounts are included in the analysis, both Cash and Net Debit Balance may be reflected.

**Managed Asset Short Allocations:** When a managed asset has a negative allocation in one of the asset categories.

**Margin Balance:** A balance represents either a debit balance (the amount owed to Merrill Lynch, such positions and margin transactions or Visa charges) or a credit balance (the amount held in your account after all trade commitments or Visa charges have been paid in full).

**Net Debit Balance:** Refers to the negative number resulting from the aggregation of each account's Cash, short positions and margin balance. Where multiple accounts are included in the analysis, both Cash and Net Debit Balance may be reflected.

**Short Position:** When an investor sells a borrowed security in anticipation of a price decline or to protect profit in a long position. This activity involves risk because in the price of the stock will result in the investor having to cover the position by, among other things, selling securities or depositing additional funds. Investors should fully understand these risks. Note that short position value is included as part of the Cash calculation. Where a Net Debit Balance exists, the Short Position value is shown. A financial advisor at (888) ML-INVEST (654-6837) can provide additional detail regarding short positions in your account.

©2015 Merrill Lynch, Pierce, Fenner & Smith Incorporated. Member Securities Investor Protection Corporation (SIPC). Printed in the U.S.A.

For Informational Purposes Only - Account Statement is Official Record of Holdings, Balances and Security Values

2600(629 COLL-ME)



MERRILL
EDGE