United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 15-15059-fjb
Patrick Joseph Corrigan                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: admin              Page 1 of 2              Date Rcvd: Feb 10, 2016
                              Form ID: adintccl        Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2016.

```
db          +Patrick Joseph Corrigan,    12 Haven Street,    Dover, MA 02030-2236
cr          +Needham Bank,   c/o Michael H. Theodore, Esquire,    Cohn & Dussi, LLC,    500 West Cummings Park,
              Suite 2350,    Woburn, MA 01801-6544
cr          +The Bank of Canton,   c/o Jack Mikels & Associates, LLP,    1 Batterymarch Park,    Suite 309,
              Quincy, MA 02169-7484
19657151    +284 North Street, LLC,    284 North Street,    Medfield, MA 02052-1209
19657152     ACC Loan Management,    Charlemont Place,    Dublin 2, IRELAND
19657154     AIB Bank,    Bankcentre,    Ballsbridge,    Dublin 4, IRELAND
19657153     Aengus Burns,   Grant Thornton,    Mayoralty House,    Flood Street,    Galway, IRELAND
19657157     Bank of Ireland,    40 Mespil Road,    Dublin 4, IRELAND
19657158     Bank of Scotland,    Chapel House,    21-26 Parnell Street,    Dublin 1, IRELAND
19657160    +Bridgewater Credit Union,    75 Main Street,    PO Box 610,    Bridgewater, MA 02324-0610
19664367     Buchanan Clark & Wells,    BCW House,    Block 8, Blanchardstown Corporate Park,    Ballycoolin,
              Dublin 15, IRELAND
19657162     CD Development Limited,    Lacala Truskee East,    Village of Barna,    County of Galway,
              IRELAND
19657161     Capita Asset Services (Ireland) Limited,    Capital House,    3 Upper Queen Street,
              Belfast, BT1 6FB, IRELAND
19657163     Chris Crehan,   c/o Knocknacarra Investments Limited,    2 Cluian Mhor Clybaun Road,
              County of Galway,    Galway, IRELAND
19657164     Cordil Construction Limited,    Lacala Truskee East,    Village of Barna,    County of Galway,
              IRELAND
19657165     Corrigan & Dillon Partnership,    Lacala Truskee East,    Village of Barna,    County of Galway,
              IRELAND
19664366     DHKN Accountants,    Block 3,    Galway Financial Services Center,    Moneenageisha Road,
              Galway, IRELAND
19657166     Damian Crehan,   c/o Knocknacarra Investments Limited,    2 Cluain Mhor Clybaun Road,
              County of Galway,    Galway, IRELAND
19657167    +Dedham Savings Bank,    55 Elm Street,    Dedham, MA 02026-5996
19657168     Dillon Eustace,    33 Sir John Rogerson's Quay,    Dublin 2, IRELAND
19657169     Dun Eibhir Management Limited,    Lacala Truskee East,    Village of Barna,    County of Galway,
              IRELAND
19657170    +First Boston Associates LLC,    859 Willard Street,    Quincy, MA 02169-7482
19657171    +Five Conrick Lane LLC,    12 Haven Street,    Dover, MA 02030-2236
19657172     Galligan Johnston Solicitors,    15 Clanwilliam Terrace,    Dublin 2, IRELAND
19657173     Gerry Dillon,    Lacala Truskee East,    Village of Barna,    County of Galway,    IRELAND
19657174    +Haven Terrace LLC,    12 Haven Street,    Dover, MA 02030-2236
19657175     Hibernian Aviva General Insurance Ltd,    One Park Place,    Hatch Street,    Dublin 2, IRELAND
19657177     KBC Bank,    Sandwith Street,    Dublin 2, IRELAND
19657176    +Karina Corrigan,    12 Haven Street,    Dover, MA 02030-2236
19657178     Knocknacarra Investments Limited,    2 Cluain Mhor Clybaun Road,    County of Galway,
              Galway, IRELAND
19657179     Michael McAteer,    Grant Thornton,    24-26 City Quay,    Dublin 2, IRELAND
19657180     Michael Thomas Durkan and Patrick Durkan,    Bridge Street,    Louisburg, Westport,
              County of Mayo,    IRELAND
19657181    +Michelle Kozin,    25 Haven Street,    Dover, MA 02030-2129
19657182     Munich Re Capital Limited,    St. Helen's 1 Undershaft,    London, EC3A 8EE, ENGLAND
19657183    +Needham Savings Bank,    1063 Great Plain Avenue,    Needham, MA 02492-2302
19657184     Office of the Revenue Commissioners,    Dublin Castle,    Dublin 2, IRELAND
19657185     Promontoria (Arrow) Limited,    1 Grant's Row,    Mount Street Lower,    Dublin 2, IRELAND
19657186    +Rose, Chinitz & Rose,    One Beacon Street, 23rd Floor,    Attn: Alan Rose,
              Boston, MA 02108-3106
19657187    +Round Tuit Enterprises,    100 Spring Street,    Attn: Gary D. Pelletier,    Millis, MA 02054-1549
19657188     Savilles,    33 Molesworth Street,    Dublin 2, IRELAND
19657189    +Sheila Corrigan,    284 North Street,    Medfield, MA 02052-1209
19657190     Societe Generale,    IFSC House,Third Floor,    IFSC,    Dublin 1, IRELAND
19657191     Start Mortgages Limited,    Trimleston House, Beech Hill Campus,    Clonskeagh,
              Dublin 4, IRELAND
19657192    +The Cloutier Law Firm,    1990 Centre Street,    Attn: Kevin M. Cloutier,
              West Roxbury, MA 02132-3309
19657193     Ulster Bank,    Group Centre,    George's Quay,    Dublin 2, IRELAND
19657194     Ulster Bank Ireland Limited,    First Floor,    63 Ranelagh,    Dublin 6, IRELAND
19657195    +Uri Dahan,    859 Willard Street,    Suite 400,    Quincy, MA 02169-7469
19657196    +William M. Hill, Esq.,    Mintz Levin Cohn Ferris Glovsky & Popeo,    1 Financial Center,
              Boston, MA 02111-2657
19657197     Winters Property Management Co.,    Liosban Business Park, Unit 5A,    Tuam Road,
              Galway City, IRELAND
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19657155         EDI: BANKAMER.COM Feb 10 2016 22:58:00      Bank of America,    PO Box 982235,
                  El Paso, TX 79998
19657159         E-mail/Text: david.arnheim@bcbsma.com Feb 10 2016 23:02:38       Blue Cross Blue Shield,
                  101 Huntington Avenue,    Suite 1300,    Boston, MA 02199
```

```
District/off: 0101-1          User: admin              Page 2 of 2              Date Rcvd: Feb 10, 2016
                              Form ID: adintccl        Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
19657156       +E-mail/Text: lhughes@thebankofcanton.com Feb 10 2016 23:02:22     Bank of Canton,
                490 Turnpike Street,    Canton, MA 02021-2704
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2016 at the address(es) listed below:
```
              David J. Reier    on behalf of Debtor Patrick Joseph Corrigan dreier@pbl.com
              Elizabeth A. Lonardo    on behalf of Creditor    Bridgewater Credit Union elonardo@smsllaw.com,
               jpado@smsllaw.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              Justin Kesselman    on behalf of Debtor Patrick Joseph Corrigan jkesselman@PBL.COM
              Laura Otenti    on behalf of Debtor Patrick Joseph Corrigan lotenti@pbl.com,    jspagnoli@pbl.com
              Mark G. DeGiacomo    on behalf of Trustee Mark G. DeGiacomo mdegiacomo@murthalaw.com,
               kbratko@murthalaw.com
              Mark G. DeGiacomo    mdegiacomo@murthalaw.com,    MA42@ecfcbis.com;jbabula@murthalaw.com
              Michael A. Wirtz    on behalf of Creditor    The Bank of Canton lawoffice@jackmikels.com
              Michael F. Dowley    on behalf of Creditor    First Boston Construction Holdings, LLC
               mdowley@seyfarth.com
              Michael H. Theodore    on behalf of Creditor    Needham Bank mtheodore@cohnanddussi.com,
               lcohn@cohnanddussi.com
              Richard E. Mikels    on behalf of Creditor    Michael Thomas Durkan and Patrick Durkan
               remikels@mintz.com,    Docketing@mintz.com
              Ryan M. MacDonald    on behalf of Trustee Mark G. DeGiacomo rmacdonald@murthalaw.com,
               kbratko@murthalaw.com
              William J. Hanlon    on behalf of Creditor    First Boston Construction Holdings, LLC
               whanlon@seyfarth.com,    bosdocket@seyfarth.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Patrick Joseph Corrigan
Debtor,

Chapter: 7
Case No: 15–15059
Judge Frank J. Bailey

## NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

- United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

A proof of claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **5/10/16**

For further information, please contact the Trustee:

Mark G. DeGiacomo
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617–457–4000

Date: 2/10/16

James M. Lynch
Clerk, U.S. Bankruptcy Court