UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| PATRICK JOSEPH CORRIGAN, | ) CHAPTER 7 |
| | ) CASE NO. 15-15059-FJB |
| Debtor | ) |

## CERTIFICATE OF SERVICE

I, Ryan M. MacDonald, hereby certify that on the 21st day of March, 2016, I served a copy of the *Notice of Intended Private Sale of Property, Solicitation of Counteroffers, Deadline for Submitting Objections and Higher Offers and Hearing Date* and copy of the *Notice of Nonevenitary Hearing* via first-class mail, postage prepaid or by electronic mail upon the parties listed on the attached Service List.

/s/ Ryan M. MacDonald
Ryan M. MacDonald, Esq. BBO #654688
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
rmacdonald@murthalaw.com

6897743v1

John Fitzgerald, Asst. U.S. Trustee*
Office of the US Trustee
J.W. McCormack P.O. & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Patrick Joseph Corrigan
12 Haven Street
Dover, MA 02030

Justin Kesselman, Esq.*
Laura Otenti, Esq.*
David J. Reier, Esq.*
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

Michael F. Dowley, Esq.*
William J. Hanlon, Esq.*
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

Richard E. Mikels, Esq.*
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
One Financial Center
Boston, MA 02111

Michael H. Theodore, Esq.*
Cohn and Dussi, LLC
500 West Cummings Park, Suite 2350
Woburn, MA 01801

1627 Sherborn, LLC
12 Haven Street
Dover, MA 02030

284 North Street, LLC
284 North Street
Medfield, MA 02052

ACC Loan Management
Charlemont Place
Dublin 2, IRELAND

Aengus Burns
Grant Thornton
Mayoralty House
Flood Street
Galway, IRELAND

AIB Bank
Bankcentre
Ballsbridge
Dublin 4, IRELAND

Bank of America
P.O. Box 982238
El Paso, TX 79998

Bank of Canton
490 Turnpike Street
Canton, MA 02021

Bank of Ireland
40 Mespil Road
Dublin 4, IRELAND

Bank of Scotland
Chapel House
21-26 Parnell Street
Dublin 1, IRELAND

Blue Cross Blue Shield of Massachusetts
101 Huntington Avenue
Law Department Mailstop 01 18
Boston, MA 02199

Bridgewater Credit Union
75 Main Street
P.O. Box 610
Bridgewater, MA 02324

Capita Asset Services (Ireland) Limited
Capital House
3 Upper Queen Street
Belfast, BT1 6FB, IRELAND

CD Development Limited
Lacala Truskee East
Village of Barna
County of Galway
IRELAND

Chris Crehan
c/o Knocknacarra Investments Limited
2 Cluian Mhor Clybaun Road
County of Galway
Galway, IRELAND

Cordil Construction Limited
Lacala Truskee East
Village of Barna
County of Galway
IRELAND

Corrigan & Dillon Partnership
Lacala Truskee East
Village of Barna
County of Galway
IRELAND

Damian Crehan
c/o Knocknacarra Investments Limited
2 Cluain Mhor Clybaun Road
County of Galway
Galway, IRELAND

Dedham Savings Bank
55 Elm Street
Dedham, MA 02026

Dillon Eustace
33 Sir John Rogerson's Quay
Dublin 2, IRELAND

Dun Eibhir Management Limited
Lacala Truskee East
Village of Barna
County of Galway
IRELAND

First Boston Associates LLC
859 Willard Street
Quincy, MA 02169

6897743v1

Five Conrick Lane LLC
12 Haven Street
Dover, MA 02030

Galligan Johnston Solicitors
15 Clanwilliam Terrace
Dublin 2, IRELAND

Gerry Dillon
Lacala Truskee East
Village of Barna
County of Galway
IRELAND

Haven Terrace LLC
12 Haven Street
Dover, MA 02030

Hibernian Aviva General Insurance Ltd
One Park Place
Hatch Street
Dublin 2, IRELAND

Karina Corrigan
12 Haven Street
Dover, MA 02030

KBC Bank
Sandwith Street
Dublin 2, IRELAND

Knocknacarra Investments Limited
2 Cluain Mhor Clybaun Road
County of Galway
Galway, IRELAND

Michael McAteer
Grant Thornton
24-26 City Quay
Dublin 2, IRELAND

Michael Thomas Durkan and Patrick Durkan
Bridge Street
Louisburg, Westport
County of Mayo
IRELAND

Michelle Kozin
25 Haven Street
Dover, MA 02030

Munich Re Capital Limited
St. Helen's 1 Undershaft
London, EC3A 8EE, ENGLAND

Needham Savings Bank
1063 Great Plain Avenue
Needham, MA 02492

Office of the Revenue Commissioners
Dublin Castle
Dublin 2, IRELAND

Promontoria (Arrow) Limited
1 Grant's Row
Mount Street Lower
Dublin 2, IRELAND

Rose, Chinitz & Rose
Attn: Alan Rose
One Beacon Street, 23rd Floor
Boston, MA 02108

Round Tuit Enterprises
Attn: Gary D. Pelletier
100 Spring Street
Millis, MA 02054

Savilles
33 Molesworth Street
Dublin 2, IRELAND

Sheila Corrigan
284 North Street
Medfield, MA 02052

Societe Generale
IFSC House, Third Floor
IFSC
Dublin 1, IRELAND

Start Mortgages Limited
Trimleston House, Beech Hill Campus
Clonskeagh
Dublin 4, IRELAND

The Cloutier Law Firm
1990 Centre Street
Attn: Kevin M. Cloutier
West Roxbury, MA 02132

Ulster Bank
Group Centre
George's Quay
Dublin 2, IRELAND

Ulster Bank Ireland Limited
First Floor
63 Ranelagh
Dublin 6, IRELAND

Uri Dahan
859 Willard Street, Suite 400
Quincy, MA 02170

William M. Hill, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo
1 Financial Center
Boston, MA 02111

Winters Property Management Co.
Liosban Business Park, Unit 5A
Tuam Road
Galway City, IRELAND

*served by electronic transmission

6897743v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re                                                    Chapter 7

PATRICK JOSEPH CORRIGAN,                                 Case No. 15-15059-FJB

      Debtor.

NOTICE OF INTENDED PRIVATE SALE OF PROPERTY,
SOLICITATION OF COUNTEROFFERS,
DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS
AND HEARING DATE

<u>4-6-2016 at 9:15 A.M.</u>    **IS THE DATE OF THE HEARING ON THE PROPOSED SALE**

<u>April 4, 2016 by 4:30 P.M.</u>    **IS THE DATE BY WHICH OBJECTIONS OR COUNTEROFFERS MUST BE MADE**

**NOTICE IS HEREBY GIVEN**, pursuant to 11 U.S.C. Section 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that the Trustee intends to sell at private sale the Debtors' right, title and interest in the following described property of these bankruptcy estates.

**PROPERTY TO BE SOLD:**

The bankruptcy estates' interest in real property known and described as 25 Haven Street, Dover, Massachusetts (the "Property").

**THE OFFER:**

The Trustee has entered into a Purchase and Sale Agreement, under which the Trustee intends to sell the Property to the proposed buyer identified below for the sum of TWO HUNDRED THOUSAND DOLLARS ($200,000.00) (the "Purchase and Sale Agreement"). A copy of the Purchase and Sale Agreement is attached hereto as <u>Exhibit A</u>.

**THE PROPOSED BUYER:**

The proposed buyer is My New Home, LLC, (the "Proposed Buyer"). There is no relationship between the Proposed Buyer and the Trustee.

6878545v1

**THE SALE DATE:**

The closing shall take place as soon practicable after the Bankruptcy Court's allowance of the Trustee's Motion for Authority to Sell By Private Sale Certain Real Property of the Debtor Free and Clear of All Liens, Claims and Encumbrances (the "Sale Motion") but no later than April 22, 2016. The Proposed Buyer has paid a deposit to the Trustee in the amount of THIRTY THOUSAND DOLLARS ($30,000.00). The terms of the proposed sale are more particularly described in the Sale Motion filed with the Court on March 18, 2016, and the Purchase and Sale Agreement dated March18, 2016, which is attached hereto as <u>Exhibit A</u>. The Sale Motion and the Purchase and Sale Agreement are available at no charge upon request from the undersigned.

**SALE OF PROPERTY SUBJECT TO LIENS:**

The Property will be sold subject to all liens, claims, encumbrances or other interests except that the sale will be free and clear of the Writ of Attachment dated May 18, 2015 in the amount of $3,250,000 in favor of Michael Thomas Durkan and Patrick Durkan (collectively, the "Durkans") recorded against the Property in the Norfolk Registry of Deeds in Book 33136, Page 542 and any other lien of record in favor of the Durkans.

**"AS IS" AND "WHERE IS":**

The Property is being sold "AS IS" AND "WHERE IS" without any representations or warranties.

**COUNTEROFFERS OR OBJECTIONS:**

Any objections to the sale and/or higher offers must be filed in writing with the Clerk of Court, United States Bankruptcy Court for the District of Massachusetts, John W. McCormack Post Office and Courthouse, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, on or before  4-4-2016  at  4:30 P.M. A copy of any objection and/or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

**Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be accompanied by a DEPOSIT IN THE AMOUNT OF THIRTY THOUSAND DOLLARS ($30,000.00) in the form of a certified or bank check made payable to "Mark G. DeGiacomo, Chapter 7 Trustee." <u>Higher offers must be in the amount of at least $210,000.00 and must be on the same terms and conditions provided in the Purchase and Sale Agreement, other than the purchase price.</u>**

**HEARING:**

6878545v1

A hearing on the Sale Motion, objections or higher offers is scheduled to take place on **April** 6 **, 2016** at 9:15 am before the Honorable Frank J. Bailey, United States Bankruptcy Judge, at the United States Bankruptcy Court, John W. McCormack Post Office and Courthouse, 5 Post Office Square, 12th Floor, Boston, Massachusetts, in Courtroom 3. Any party that has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken. The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Sale Motion or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale the Court may (1) consider any requests to strike a higher offer, (2) determine further terms and conditions of the sale, (3) determine the requirements for further competitive bidding, and (4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

**DEPOSIT:**

The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale as soon practicable after the Bankruptcy Court's allowance of the Sale Motion but no later than April 22, 2016. If the sale is not completed by the buyer approved by the Bankruptcy Court, the Trustee, without further hearing, may sell the Property to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

          Respectfully submitted,

          MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE OF
          THE ESTATE OF PATRICK JOSEPH CORRIGAN,

          By his attorneys,

              /s/ Ryan M. MacDonald
          Mark G. DeGiacomo, Esq. BBO #118170
          Ryan M. MacDonald, Esq. BBO #654688
          Murtha Cullina LLP
          99 High Street
          Boston, MA  02110
          617-457-4000 Telephone
          617-482-3868 Facsimile
Dated: March 18 , 2016      mdegiacomo@murthalaw.com
          rmacdonald@murthalaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Patrick Joseph Corrigan<br>Debtor, | Chapter: 7<br>Case No: 15-15059<br>Judge Frank J. Bailey |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **4/6/16 at 09:15 A.M** before the Honorable Judge Frank J. Bailey, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109-3945 to consider the following:

  [51]Motion filed by Trustee Mark G. DeGiacomo For Order Granting the Trustee Authority to Authorize the Sale of Certain Real Property Owned by Haven Terrace LLC (4 Haven Terrace, Dover, Massachusetts)

  [52] Motion filed by Trustee Mark G. DeGiacomo For Order Granting the Trustee Authority to Authorize the Sale of Certain of Certain Real Property Owned by Haven Terrace LLC (Certain Lots, Dover, Massachusetts).

**OBJECTION/RESPONSE DEADLINE: APRIL 4, 2016 12:00 Noon**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013-1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

  1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

  2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

  1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

  2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071-1.

  3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:3/18/16                                                                By the Court,

                                                                            Mary Murray
                                                                            Deputy Clerk
                                                                            617-748-5350

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.